# TOWARDS JUSTICE
### DEFENDING THE DIGNITY OF WORK



1535 High Street, Suite 300
Denver, CO 80218
T: (720) 441-2236
F: (303) 957-2289
www.towardsjustice.org

5/11/2016

US District Court – Reno
Attn: Clerk of Court
400 S. Virginia St.
Reno, NV 89501

**VIA Certified Mail**

To: The Clerk of Court

    Please file the enclosed FLSA Consent Form into Castillo v. Western Range Association et al, 3:16-cv-00237-MMD-VPC.

    Thank you.

Sincerely,

Alexander Hood
Attorney for Plaintiff Abel Cantaro Castillo

Encl(s): FLSA Consent Form

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para que se haga una demanda por salarios que puede que me deben bajo la Ley de Normas Justas de Trabajo. Yo les autorizo a mis abogados a que me representen ante cualquier tribunal o agencia sobre estas reclamaciones, incluyendo la presentación de un caso el cual yo soy la parte Demandante en una acción colectiva de conformidad con 29 U.S.C. § 216.

NOMBRE  *Abel Cántaro C.*

FIRMA  *[signature]*

FECHA  *05-10-16*

## FLSA CONSENT FORM

I hereby give my consent to sue for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize my attorneys to represent me before any court or agency on these claims, including filing a case where I am the party Plaintiff in a collective action pursuant to 29 U.S.C. § 216.

NAME  _____

SIGNATURE _____

DATE  _____

1

EDWARDS JUSTICE
1535 HIGH ST. SUITE 300
DENVER, CO 80218

7013 1710 0001 8861 9131

US DISTRICT COURT -- RENO
ATTN: CLERK OF COURT
400 S. VIRGINIA ST.
RENO NV 89501-2132



CERTIFIED MAIL



$3.77
US POSTAGE
FIRST-CLASS
FROM 80401
MAY 11 2016
stamps.com

