1  Ellen Jean Winograd, Esq.
   State Bar No. 815
2  WOODBURN AN WEDGE
   6100 Neil Road, Ste. 200
3  Reno, NV 89509
   Tel: 775-323-5700
4  Fax: 775-688-3088
   Email: ewinograd@woodburnandwedge.com
5

6  Attorneys for Defendant
   WESTERN RANGE ASSOCIATION
7

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

        AUG 0 3 2016

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ABEL CÁNTARO CASTILLO | Case No. 3:16-cv-00237 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR RESPONDING TO COMPLAINT** |
| WESTERN RANGE ASSOCIATION, MELCHOR GRAGIRENA and EL TEJON SHEEP COMPANY, | **(FIRST REQUEST)** |
| Defendants. | |

COMES NOW, Defendant WESTERN RANGE ASSOCIATION, by and through its counsel ELLEN JEAN WINOGRAD and Plaintiff ABEL CÁNTARO CASTILLO, by and through its counsel DON SPRINGMEYER and hereby stipulate to extend the time for Defendant WESTERN RANGE ASSOCIATION to respond to Plaintiff's Complaint in this matter to and including September 16, 2016.

///

///

///

///

1   This is the first request for an extension; this request is made due to counsel's
2   scheduling conflict and is made in good faith, not for purposes of delay.

3   Dated this 2nd day of August, 2016.                Dated this 2nd day of August, 2016.

4
5   /s/Ellen Jean Winograd                                  /s/Don Springmeyer
    WOODBURN AN WEDGE                                       WOLF, RIFKIN, SHAPIRO,
    Ellen Jean Winograd, Esq.                               SCHULMAN & RABKIN, LLP
6   State Bar No. 815                                       Don Springmeyer, Esq.
    6100 Neil Road, Ste. 200                                Nevada State Bar No. 1021
7   Reno, NV 89509                                          Bradley Schrager, Esq.
    Tel: 775-323-5700                                       Nevada State Bar No. 10217
8   Fax: 775-688-3088                                       Christopher W. Mixson, Esq.
    Email:                                                  Nevada State Bar No. 10685
9   ewinograd@woodburnandwedge.com                          5594-B Longley Lane
                                                            Reno, Nevada 89511
10  Attorneys for Defendant                                 Ph: (775) 853-6787/Fx: (775) 853-6774
    WESTERN RANGE ASSOCIATION                               Email: dspringmeyer@wrslawyers.com
11                                                          Email: bschrager@wrslawyers.com
                                                            Email: cmixson@wrslawyers.com
12
                                                            Alexander Hood
13                                                          (Admitted Pro Hac Vice)
                                                            Dermot Lynch
14                                                          (Admitted Pro Hac Vice)
                                                            TOWARDS JUSTICE
15                                                          1535 High St., Suite 300
                                                            Denver, CO 80218
16                                                          Tel.: 720-239-2606
                                                            Fax: 303-957-2289
17                                                          Email: alex@towardsjustice.org
                                                            Email: dermot@towardsjustice.org
18
                                                            Attorneys for Plaintiff
19                                                          ABEL CÁNTARO CASTILLO

20
    IT IS SO ORDERED.
21
    Dated this 2rd day of August, 2016.
22
23                                                          _____
                                                            /s/ Valerie P. Cooke
24                                                          United States Magistrate Judge
25