AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Abel Cántaro Castillo, and those similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Western Range Association, Melchor Gragirena, and El Tejon Sheep Company<br><br>*Defendant(s)* | Civil Action No. 3:16-cv-00237 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Melchor Gragirena
5616 Hooper Way
Bakersfield, CA 93308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ô  or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ô  you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintifføs attorney, whose name and address are:   Don Springmeyer
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP,
5594-B Longley Lane, Reno, NV 89511
775-853-6787
dspringmeyer@wrslawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson                                                                June 6, 2016
_____                              _____
Clerk                                                                                   Date

*/s/ Lance S. Wilson*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MELCHOR GRAGIRENA
was received by me on *(date)* 07/25/2016.

☑ I personally served the summons on the individual at *(place)* 5616 HOOPER WAY, BAKERSFIELD, CALIFORNIA 93308 on *(date)* 08/03/2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 20.00 for services, for a total of $ 20.00.

I declare under penalty of perjury that this information is true.

Date: 08/03/2016

*Jackie Brown*
Server's signature

JACKIE BRAZEAL, PROCESS SERVER #560/KERN
*Printed name and title*

ACTIVE LEGAL PROCESS SOLUTIONS INC.
9530 HAGEMAN RD, #B278
BAKERSFIELD, CA 93312 (661) 368-0789
*Server's address*

Additional information regarding attempted service, etc:
SERVED AT 11:00 AM
DEFENDANT DESCRIBED AS MALE, CAUCASIAN, GREY HAIR, BLUE EYES, GLASSES, 70'S, 190LBS, 5'8.