ANTHONY L. HALL, ESQ. (NV Bar No. 5977)
ahall@hollandhart.com
R. CALDER HUNTINGTON, ESQ. (NV Bar No. 11996)
rchuntington@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorneys for Defendants El Tejon Sheep Company and Melchor Gragirena*



☑ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 18 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CANTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL,<br><br>Defendants. | CASE NO. 3:16-cv-00237-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONDING TO THE FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Defendants El Tejon Sheep Company and Melchor Gragirena ("Defendants") by and through their attorneys of record of the law firm of Holland & Hart LLP and Plaintiffs Abel Cántaro Castillo and Aclides Inga Ramos, by and through their counsel of record at Cohen Milstein Sellers & Toll PLLC; Thierman Buck; and Towards Justice hereby stipulate to extend the time for Defendants El Tejon Sheep Company and Melchor Gragirena to respond to Plaintiffs' First Amended Complaint in this matter to and including November 10, 2016.

This is the first request for an extension; this request is made due to Defendants' counsel's change in staffing as Mr. Calder Huntington, the primary associate on this case for Defendants, will no longer be with Holland & Hart after October 26, 2016.

///

///

1

9194336_1

1  This stipulation is made in good faith and not for purposes of delay.

2  DATED this 17th day of October 2016

3  HOLLAND & HART LLP                    COHEN MILSTEIN SELLERS & TOLL PLLC

4  /s/ R. Calder Huntington              /s/Christine E. Webber
   ANTHONY L. HALL, ESQ.                 CHRISTINE E. WEBBER, ESQ.
5  Nevada State Bar No. 5977             (Admitted Pro Hac Vice)
   ahall@hollandhart.com                 cwebber@cohenmilstein.com
6  R. CALDER HUNTINGTON, ESQ.            BRIAN CORMAN, ESQ.
   Nevada State Bar No. 11996            (Admitted Pro Hac Vice)
7  rchuntington@hollandhart.com          bcorman@sohenmilstein.com
   HOLLAND & HART LLP                    1100 New York Ave., NW, Ste 500
8  5441 Kietzke Lane, Second Floor       Washington, DC 20005
   Reno, Nevada 89511
9  Telephone: (775) 327-3000
   Facsimile: (775) 786-6179             THIERMAN BUCK LLP
10                                       MARK R. THIERMAN, ESQ.
                                         Nevada State Bar No. 8285
11 *Attorneys for Defendants El Tejon Sheep*  mark@thiermanbuck.com
   *Company and Melchor Gragirena*       JOSHUA D. BUCK, ESQ.
12                                       Nevada State Bar No. 12187
                                         josh@thiermanbuck.com
13                                       LEAH L. JONES, ESQ.
                                         Nevada State Bar No. 13161
14                                       leah@thiermanbuck.com
                                         7287 Lakeside Drive
15                                       Reno, Nevada 89511
                                         Telephone: (775) 284-1500
16                                       Facsimile: (775) 703-5027

17                                       TOWARDS JUSTICE
                                         ALEXANDER HOOD, ESQ.
18                                       (Admitted Pro Hac Vice)
                                         alex@towardsjustice.org
19                                       DERMOT LYNCH, ESQ.
                                         (Admitted Pro Hac Vice)
20                                       dermot@towardsjustice.org
                                         1535 High Street, Ste. 300
21                                       Denver, CO 80218

22                                       *Attorneys for Plaintiffs*

23

24
   IT IS SO ORDERED
25
   Dated this 18 day of October, 2016
26
                                         _____
27                                       United States ~~District~~ / Magistrate Judge
28
                                         2

9194336_1