# EXHIBIT "1"

# EXHIBIT "1"

## CONTRATO DE TRABAJO PARA PASTORES DE OVEJAS

Contrato para Pastores de Ovejas este **26 de Octubre de 2013,** entre **El Tejon Sheep Company,** un miembro de WESTERN RANGE ASSOCIATION, denominado de aquí en adelante como el "Empleador" y **CANTARO Castillo, Abel #70166,** denominado de aquí en adelante como el "Empleado".

### UNO-PERÍODO DE EMPLEO

El empleador por la presente emplea al Empleado y el Empleado por la presente acepta el empleo como pastor de ovejas con el Empleador o cualquier otro Empleador el cual es miembro de la Asociación quien podrá ser seleccionado por la Asociación a opción de la Asociación por un período que inicia cuando el Empleado comienza a trabajar en el lugar de su empleo en los Estados Unidos de América hasta **7/9/2014** Sin embargo, dicho período, no puede exceder más de un año, y cualquier extensión(es) de permanencia (por un período total en el país de no más de tres años) está condicionada a la renovación de la certificación H-2A por el Ministerio de Trabajo de los Estados Unidos, Inmigración (INS) y lo acordado entre empleador y empleado. En el caso de que no se obtenga la renovación de la certificación, este contrato se inferirá como un período de empleo equivalente al período de la última certificación del Ministerio de Trabajo y la fecha de caducidad de la Visa/formulario I-94.

### DOS- OBLIGACIONES DEL EMPLEADO

El Empleado por la presente es contratado como pastor de ovejas. El Empleado vivirá en un lugar señalado por el Empleador y cumplirá con cualquier trabajo que le sea asignado por el Empleador de acuerdo a la descripción del trabajo del ovejero en la Visa H-2A.

### TRES-COMPENSACIÓN DEL EMPLEADO

Como compensación por los servicios prestados bajo este Contrato, el Empleado tendrá derecho a recibir del Empleador un salario no menor de **$750.00** en moneda legal de los Estados Unidos de América mensual, cuya cantidad será por lo menos tan alta como el "Prevailing Wage Rate" en efecto para los pastores de ovejas en el estado donde el Empleador esté establecido. El Empleado comprende y está de acuerdo en que su compensación puede cambiar si es transferido a otro Empleador durante el período de este Contrato, pero de ninguna manera el monto podrá ser menor al "Prevailing Wage Rate" para el estado donde esté localizado el nuevo Empleador. Deberá pagársele al Empleado en sumas mensuales el último día de cada mes durante el período de empleo, prorrateado en cualquier período de empleo temporal. Como compensación adicional por los servicios prestados bajo este Contrato y sin ningún costo para el Empleado, el Empleador le proporcionará vivienda y comida de acuerdo con las reglas y reglamentos (incluyendo variaciones) del gobierno federal de los Estados Unidos de América. En ningún caso la compensación del Empleado será menor al mínimo requerido por el gobierno federal de los Estados Unidos de América. El Empleado tendrá derecho a acumular dos (2) semanas de vacaciones pagadas por año durante el período de empleo.

### CUATRO-ASEGURANZA

El Empleador deberá, sin ningún costo para el Empleado, obtener un seguro que cubra lesiones y enfermedades surgidas durante el transcurso y como resultado del trabajo del empleado en los Estados Unidos de América. La cobertura no deberá ser menor a los mínimos establecidos por cada Estado en donde el Empleado se encuentre trabajando. El Empleador además acuerda incluir al Empleado bajo los términos de la póliza de seguro para los pastores de ovejas del grupo de salud de la Asociación, si la Asociación decide proveer dicho seguro. El Empleador acuerda pagar una mitad (1/2) del costo y el Empleado pagar la otra mitad (1/2) de la prima mensual de dicha póliza.

### CINCO-HERRAMIENTAS Y EQUIPO

El Empleador proporcionará al Empleado, sin ningún costo para el Empleado, todas las herramientas, materiales o equipo requerido para desempeñar las tareas asignadas al Empleado de acuerdo con este Contrato. El Empleado deberá proveer toda la vestimenta, incluyendo zapatos y botas, artículos para dormir, y objetos personales.

### SEIS-DEDUCCIONES SALARIALES

El Empleador hará las siguientes deducciones del salario pagado al Empleado: (1) Lo requerido por ley; (2) Los adelantos por salario; (3) Pagos por artículos de consumo producidos por el Empleador que el Empleado haya comprado; (4) Pagos de más en el salario; (5) Cualquier pérdida del Empleador debido a la negativa o negligencia del Empleado en devolver cualquier propiedad entregada a él por el Empleador, o debido a la destrucción premeditada de dicha propiedad por el Empleado; (6) Deducciones por transporte y costos de subsistencia pagados por el Empleador como se estipula en la sección SIETE de este Contrato; (7) La mitad (1/2) de la prima de la póliza de seguro de salud para el Empleado, si dicha póliza es proporcionada por la Asociación. Las deducciones bajo los párrafos (3), (4), (5) o (7) del presente párrafo en cada período de pago no excederán el diez (10) por ciento del total del salario ganado en ese período de pago. La suma de las deducciones bajo el párrafo (6) del presente párrafo en cada período de pago no deberán exceder el cincuenta (50) por ciento del total del salario ganado en ese período de pago. A la finalización del contrato de trabajo, sin embargo, o si el Empleado abandona su contrato de trabajo, el Empleador puede deducir del cheque final del Empleado cualquier balance adeudado al Empleador por deducciones permitidas mediante esta provisión.

### SIETE-TRANSPORTE

El Empleador pagará por el transporte y la subsistencia para el camino desde el lugar de reclutamiento al lugar de empleo si el Empleado cumple con al menos cincuenta (50) por ciento del período de empleo estipulado en el presente. No obstante, El Empleador puede deducir este costo de transporte y subsistencia para el camino del salario del Empleado hasta que el Empleado haya terminado el cincuenta (50) por ciento del término del empleo estipulado en el presente. Al completar el cincuenta por ciento de este Contrato, el Empleado tendrá derecho a un reembolso por los montos deducidos. Si el Empleado completa el término de empleo mencionado en el presente, el Empleador le proveerá transporte de regreso y subsistencia para el camino desde el lugar de empleo hasta el lugar de reclutamiento, excepto cuando el Empleado no regrese al lugar de reclutamiento. Todo transporte proporcionado por el Empleador será transporte público u otros medios de transporte que sea conforme al reglamento de la Comisión de Comercio Interestatal de los Estados Unidos de América.

### OCHO-ARCHIVOS Y DECLARACIONES

El Empleador deberá conservar registros adecuados y exactos con respeto a todas las ganancias y deducciones del Empleado y tales registros deberán estar disponibles por un tiempo razonable para su inspección por representantes autorizados de los Estados Unidos de América y por el Empleado o sus representantes. Tales registros deberán ser conservados por el Empleador por un período no menor de (3) años después de la finalización del período de trabajo. El Empleador deberá proporcionar al Empleado en el momento o antes del tiempo de pago de cada período de pago una declaración por escrito conteniendo la siguiente información: Total de ganancias del período de pago y un detalle de todas las deducciones hechas al salario.

### NUEVE-OBLIGACIONES DEL EMPLEADO

El Empleado deberá indemnizar y librar de responsabilidad al Empleador de todo daño y perjuicios por pérdidas, daños o lesiones a personas o a la propiedad, resultantes de la negativa o negligencia del Empleado en devolver cualquier propiedad que el Empleador le haya entregado o debido a la destrucción premeditada de dicha propiedad por el Empleado. Durante el período de este Contrato, el Empleado deberá trabajar solamente para un miembro de la Asociación y dicho miembro será designado únicamente por la Asociación. El Empleado deberá notificar a la Asociación por escrito o mediante llamada telefónica por cobrar dentro de treinta (30) días de cualquier falta por parte del Empleador de pagarle al Empleado cualquier suma debida al Empleado por salarios o alguna otra. En el caso en que la lejana asignación de trabajo del Empleado haga imposible notificar a la Asociación dentro de treinta (30) días sobre la falla del Empleador de hacer efectivo el pago del salario, el Empleado deberá notificar a la Asociación tan pronto como le sea más razonablemente práctico pero en ningún caso más de noventa (90) días después de la falla del Empleador en realizar el pago del salario adeudado al Empleado. La falla del Empleado en notificar a la Asociación constituirá un rompimiento material del Contrato la cual liberará substancialmente a la Asociación (pero no al Empleador) de cualquier obligación o responsabilidad con dicho Empleado, excepto en cuanto al transporte de regreso establecido en la Sección 11. El Empleador está de acuerdo en cumplir con todas las leyes aplicables de los Estados Unidos y de los Estados individualmente, incluyendo sin limitarse al cumplimiento a todas las leyes de Inmigración.

### DIEZ-EMPLEO

Si el Empleado desempeña fielmente sus tareas, el Empleador hará efectivas las garantías en este párrafo. El Empleador garantiza al Empleado la oportunidad de empleo de por lo menos tres cuartos (3/4) del período total durante el cual el Contrato y todas sus extensiones estén en efecto, comenzando con el primer día de trabajo después de la llegada del Empleado al lugar de empleo y terminando en la fecha de finalización especificada en este Contrato, o extensiones, si las hubiere. Si al Empleado, durante tal período, se le da menos trabajo del requerido bajo esta provisión, al Empleado se le pagará la cantidad, que hubiera ganado si de hecho, hubiese trabajo por el período garantizado. Para determinar si la garantía de empleo ha sido satisfecha, los días en los cuales el Empleado falte a trabajar durante el período de trabajo aun cuando se le presentó la oportunidad por el Empleador, y todos los días de trabajo realizados, serán contados calculando los días de empleo requeridos para satisfacer ésta garantía. Si, antes de la fecha de expiración especificada en este Contrato los servicios del Empleado no son requeridos por el Empleador, por razones fuera de control del Empleador (debido a un acto divino como helada, inundación, sequía, terremoto, granizo, incendio forestal o cualquier otra calamidad natural de tal magnitud que haga imposible el cumplimiento de este Contrato), este Contrato con el empleador mencionado puede darse por finalizado. La Asociación hará esfuerzos por transferir al Empleado a otro empleo similar con otro miembro de la Asociación con el cual el Empleado esté de acuerdo en aceptar bajo los mismos términos de este Contrato. Si la oportunidad de ser transferido a un empleo similar no se le proporciona por la Asociación, el Empleado regresará al lugar de reclutamiento a expensas del Empleador. En dicho caso, las deducciones por transporte y subsistencia en el camino desde el lugar de reclutamiento hasta el lugar de empleo le serán reembolsadas. Cuando este Contrato termina (sin la oportunidad de ser transferido) bajo esta provisión, el Empleador será responsable por los tres cuartos (3/4) de garantía por el período comenzando con el primer día de trabajo después del arribo del Empleado al lugar de empleo y terminando con la fecha en que este Contrato finaliza, y el Empleador le pagará al Empleado todos los otros gastos adeudados bajo este Contrato. No obstante, si el Empleado se rehúsa aceptar un empleo similar, no habrá ningún reembolso por subsistencia en el camino o alguna responsabilidad por cualquier empleo garantizado requerido por la Asociación o el Empleador.

### ONCE-TERMINACIÓN DEL EMPLEO

Este Contrato puede darse por terminado antes de su cumplimiento por las siguientes razones:

A. Si el Empleado rompe voluntariamente o habitualmente descuida sus tareas que le son requeridas desempeñar bajo los términos de este Contrato, la Asociación y/o el Empleador podrán a su elección finalizar este Contrato avisando por escrito de su finalización al Empleado sin perjuicio de cualquier otro recurso a que la Asociación y el Empleador estén facultados por ley, en igualdad, o bajo este Contrato. NOTA: Si su I-94 expira el Contrato se cancela en la fecha de caducidad en la I-94.
B. Por acuerdo mutuo por escrito de la Asociación, El Empleador, y el Empleado.
C. Terminación voluntaria del empleo por abandono de trabajo, trabajar para personas no miembros de Western Range, rehusarse a desempeñar el trabajo para el cual fue contratado.

### DOCE-TRANSFERENCIAS Y ASIGNACIONES

El Empleado entiende y está de acuerdo que durante la duración de este Contrato, la Asociación y el Empleador pueden transferir al Empleado a otro Empleador, quien es miembro de la Asociación, siempre que el nuevo Empleador esté de acuerdo en cumplir todos los términos y condiciones de este Contrato. Si el Empleado se rehúsa a ser transferido, la Asociación considerará los motivos del trabajador; sin embargo, el hecho de rehusarse el trabajador a ser transferido puede exponer al trabajador al despido como se advierte en los reglamentos del Ministerio de Trabajo.

### TRECE-OBLIGACIÓN DEL EMPLEADOR CON LA ASOCIACIÓN

El Empleador acuerda defender, indemnizar y librar de daños a la Asociación por cualquier reclamo, demanda o juicio que surja de o esté relacionado con el empleo del Empleado, incluyendo sin limitarse a cualquier reclamo por el Empleado por salarios o daños de cualquier tipo y cualquier reclamo por terceras partes o cualquier entidad de gobierno por daños o alivio imparcial. La Asociación (como su propia opción) puede elegir atender la defensa de cualquier asunto sujeto a esta provisión por indemnización al Empleador o puede elegir un abogado a elección de la Asociación, en cuyo caso el Empleador tendrá que pagar por todos los honorarios del abogado y el costo de dicho abogado. La selección del abogado por la Asociación no deberá afectar la indemnización y mantendrá inalteradas las provisiones de este párrafo. Cualquier juicio entre el Empleador y la Asociación tiene que ser realizado en una corte competente en California, y la parte que prevalezca tendrá derecho a los honorarios del abogado. Esta provisión por costas procesales no es aplicable a las acciones entre el Empleado y el Empleador o la Asociación. El Empleador reconoce que es un miembro de la Asociación y que deberá cumplir con todas las reglas, regulaciones, pólizas, y leyes privadas de la Asociación existentes o futuras. Además el Empleador reconoce que ha recibido y comprende su paquete de membrecía y el Memorando de Campo 74-89 del Ministerio de Trabajo, Procedimientos Especiales: Certificación Laboral para Pastores de Ovejas Bajo el Programa H-2A.

Del EMPLEADOR enlistado a continuación (Miembro de Western Range Association) y que Western Range Association no es el Empleador por la duración de mi estadía en los Estados Unidos.

#### PASTOR (Empleado)

__Abel CANTARO Castillo #70166_____ Nombre (imprimir)

_____ Dirección Permanente

_____[signature]_____ Firma del Pastor

Al firmar entiendo que soy el empleador del pastor (empleado) y Western Range Asociación no es el empleador.

#### EMPLEADOR (Miembro de Western Range Association)

__El Tejon Sheep Company_____ Nombre (imprimir)
P.O. Box 80715
Bakersfield, CA 93380
_____ Dirección Permanente

_____[signature]_____ Firma del Empleador

## SHEEPHERDER EMPLOYMENT AGREEMENT

This Sheepherder Agreement this **26th** day of **October 2013**, between, **El Tejon Sheep Company**, a member of WESTERN RANGE ASSOCIATION, hereinafter referred to as the "Employer" a **CANTARO Castillo, Abel #70166** hereinafter referred to as the "Employee".

### ONE-TERM OF EMPLOYMENT
The employer hereby employs the Employee and the Employee hereby accepts employment as a sheepherder with the Employer or any other Employer who is a member of the Association who may be selected by the Association at the Association's option for a period commencing the day the Employee begins work at the place of his employment in the United States of America to **7/9/2014** However, said term, cannot exceed one year and any extension(s) of stay (for a total period in country no greater than 3 years) is conditioned upon H-2A certification renewal by the United States Department of Labor, INS and in agreement between Employer and Employee. In the event certification renewal is not obtained, this contract shall be construed as a term of employment equal to the term of the last certification from the Department of Labor and Expiration date of the Visa/I-94 form.

### TWO-DUTIES OF EMPLOYEE
The employee is hereby hired as a sheepherder. The employee shall live in a location designated by the Employer and shall perform any or all of the sheepherder tasks as may be assigned by Employer in compliance with the H-2A sheepherder job description.

### THREE-COMPENSATION OF EMPLOYEE
As compensation for services rendered under this Agreement, the Employee shall be entitled to receive from the Employer a salary no less than $**750.00** lawful money of the United States of America per month, which amount shall be at least as high as the "Prevailing Wage Rate" then in effect for sheepherders in the state the Employer is based. Employee understands and agrees that his compensation may change if he is transferred to another Employer during the term of this Agreement, but in no event shall said amount be less than the "Prevailing Wage Rate" then in effect for the state in which the new Employer is located. Employee shall be paid in monthly installments on the final day of each month during the period of employment, prorated for any partial employment period. As additional compensation for services rendered under this Agreement and at no cost to the Employee, Employer shall provide housing and board (meals) in accordance with the rules and regulations (including variations) of the federal government of the United States of America. In no event shall Employee's compensation be less than the minimum required by the United States of America. Employee shall be entitled to accrue two (2) weeks paid vacation per year prorated during the period of employment.

### FOUR-INSURANCE
Employer shall, at no cost to Employee, obtain insurance covering injury and disease arising out of and in the course of the worker's employment in the United States of America. The coverage shall not be less than the minimums established by the individual states in which the Employee is employed. The Employer further agrees to include the Employee under the terms of the Association's group health policy for sheepherders, if the Association elects to provide such a policy. Employer agrees to pay one-half (1/2) the cost and Employee agrees to pay one-half (1/2) of the monthly premium of such a policy.

### FIVE-TOOLS AND EQUIPMENT
The Employer shall furnish Employee, without cost to the Employee, all tools, supplies or equipment required to perform the duties assigned to Employee pursuant to this Agreement. Employee shall provide all clothing, including shoes and boots, bedding items, and personal items.

### SIX-DEDUCTIONS FROM COMPENSATION
The Employer shall make the following deductions from the compensation paid Employee: (1) Those required by law; (2) Those for advances against wages; (3) Payment for articles of consumption produced by the Employer which the Employee has purchased; (4) Overpayment of wages; (5) Any loss to the Employer due to an Employee's refusal or negligent failure to return any property furnished to him by the Employer, or due to such Employee's willful destruction of such property; (6) Deductions for transportation and subsistence costs paid for by the Employer as provided in section SEVEN of this Agreement; (7) One-half (1/2) the premium for group health policy for the Employee, if such a group policy is provided by the Association. The deductions under subparagraphs (3), (4), (5) or (7) of this paragraph in each pay period shall not exceed the ten (10) percent of the total wages earned in that pay period. The sum of deductions under subparagraph (6) of this paragraph in each pay period shall not exceed fifty (50) percent of the total wages earned in that pay period. At the termination of the work contract, however, or if the Employee abandons his work contract, the Employer may deduct from such Employee's final wage payment any outstanding balance due to the Employer for deductions permitted by this provision.

### SEVEN-TRANSPORTATION
The Employer will pay for the transportation and subsistence en route from the place of recruitment to the place of employment if the Employee completes at least fifty (50) percent of the term of employment set forth herein. However, Employer may deduct this cost of transportation and subsistence en route from the earnings of the Employee until the Employee has completed fifty (50) percent of the term of employment set forth herein. Upon completion of fifty (50) percent of the term of this Agreement, the Employee shall be entitled to reimbursement of the amounts so deducted. If Employee completes the term of employment set forth herein, the Employer will provide return transportation and subsistence en route from the place of employment to the place of recruitment, except when the Employee is not returning to the place of recruitment. All transportation provided by the Employer will be by common carrier or other transportation facilities which conform to applicable regulation of the Interstate Commerce Commission of the United States of America.

### EIGHT-RECORDS AND STATEMENTS
The Employer shall keep accurate and adequate records in regard to all earnings and deductions of the Employee and such records shall be available at any reasonable time for inspection by authorized representatives of the United States of America and by Employee or his representatives. Such records shall be retained by Employer for a period of not less than three (3) years following the completion of the employment period. Employer shall furnish Employee at or before the time he is paid for each pay period a written statement containing the following information: Total earnings for the pay period and an itemization of all deductions made from earnings.

### NINE-OBLIGATIONS OF EMPLOYEE
The Employee shall indemnify and save harmless the Employer from all liability from loss, damage or injury to person or property resulting from the employee's refusal or negligent failure to return any property furnished to him by the Employer or due to such Employee's willful destruction of such property. During the term of this Agreement, Employee shall work only for a member of the Association, and such member shall only be designated by the Association. The Employee shall notify the Association in writing or by collect telephone call within thirty (30) days of any failure on the part of the Employer to pay the Employee any sums owed to the Employee for compensation or otherwise. In the event that the Employee's remote job assignment makes notification of the Association impossible within thirty (30) days of failure of the Employer to make wage payments, the Employee shall notify the Association as soon as reasonably practical but in no event longer than (90) days after failure of the Employer to pay wages owed to the Employee. Failure of the Employee to so notify the Association shall constitute a material breach of the Agreement, which shall substantially release the Association (but not the Employer) if any further obligation or liability to said Employee, except for the return transportation set forth in Section 11. Employer agrees to comply with all applicable laws of the United States and the individual states, including but not limited to compliance with all immigration laws.

## TEN-EMPLOYMENT

If the Employee faithfully performs his duties, the Employer makes the guarantees in this paragraph. The Employer guarantees Employee the opportunity for employment for at least three-fourths (3/4) of the total period during which the Agreement and all extensions thereof are in effect, beginning with the first work day after the Employee's arrival at the place of employment and ending on the termination date specified in this Agreement, or its extension, if any. If the Employee, during such period, is afforded less employment than required under this provision, the Employee shall be paid the amount, which he would have earned had he, in fact, worked for the guaranteed period. In determining whether the guarantee of employment has been met, any days which the Employee fails to work during a work period when is afforded the opportunity to do so by the Employer, and all days of work performed shall be counted in calculating the days of employment required to meet this guarantee. If, before the expiration date specified in this Agreement, the services of the Employee are no longer required by the Employer, for reason beyond the control of the Employer (due to an act of God such as frost, flood, drought, earthquake, forest fire, hail, or other natural calamities of such character as to make the fulfillment of this Agreement impossible), this Agreement with this named Employer may be terminated. Efforts will be made by the Association to transfer the Employee to other comparable employment with another member of the Association which Employee agrees to accept under the same terms as this Agreement. If such opportunity to transfer to comparable employment is not provided by the Association, the Employee shall be returned to the place of recruitment at the Employer's expense. In such case deductions for transportation and subsistence en route from the place of recruitment to the place of employment shall be refunded. Whenever this Agreement is terminated (without such opportunity to transfer) under this provision, the Employer shall be responsible for the three-fourths (3/4) guarantee for the period beginning with the first work day after the Employee's arrival at the place of employment and ending with the date this Agreement is terminated, and the Employer shall pay the Employee all other amounts due under this Agreement. Nonetheless, if the Employee refuses to accept comparable employment, there shall be no such en route refunds or responsibility for any guaranteed employment required of the Association or the Employer.

## ELEVEN-TERMINATION OF EMPLOYMENT

This agreement may be terminated prior to its expiration as follows:

A. If the Employee willfully breaches or habitually neglects the duties which he is required to perform under the terms of this Agreement, the Association and/or the Employer may at their option terminate this agreement by giving written notice of termination to the Employee without prejudice to any other remedy to which the Association and the employer may be entitled at law, in equity, or under this Agreement.   NOTE: If your I-94 expires the contract is void as of the date of expiration of the Visa/I-94.
B. By mutual written agreement of the Association, the Employer, and the Employee.
C. Voluntary termination of employment for Job Abandonment, working for non-member of Western Range, refusing to perform Job contracted.

## TWELVE-TRANSFER AND ASSIGNMENT

Employee understands and agrees that during the term of this Agreement, the Association and Employer may transfer Employee to another Employer, who is a member of the Association, provided that the new Employer agrees to be bound by all terms and conditions of this Agreement. If Employee objects to a transfer, the Association will consider the worker's concerns; however refusal on the part of the worker to transfer may subject the worker to dismissal as provided in Department of Labor regulations.

## THIRTEEN-OBLIGATION OF EMPLOYER TO ASSOCIATION

The Employer agrees to defend, indemnify and hold the Association harmless from any claim, demand, or lawsuit arising out of or related to the employment of the Employee, including but not limited to any claim by the Employee for wages or damages of any kind and any claim by any third-party or any governmental entity for damages or equitable relief. The Association (at its sole option) may elect to tender the defense of any matter subject to this indemnity provision to the Employer or may elect to retain counsel of the Association's choice, in which case the Employer shall pay all attorney's fees and costs of said counsel. Selection of counsel by the Association shall not affect the indemnity and hold harmless provisions of this paragraph. Any lawsuit between the Employer and the Association shall be brought in a competent court in California, and the prevailing party shall be entitled to attorneys' fees. This attorneys' fee provision does not apply to actions between the Employee and Employer or the Association. The Employer acknowledges that he is a member of the Association and shall be bound by all rules, regulations, policies, and Bylaws of the Association now in existence or in the future. The Employer further acknowledges that he has received and understands his membership package and Department of Labor Field Memorandum 74-89 Special Procedures: Labor Certification for Sheepherders Under the H-2A Program.
Of the below listed EMPLOYER (Member of Western Range Association) and that Western Range Association is not the employer for the duration of my stay in the United States.

HERDER (Employee)

__Abel CANTARO Castillo  #70166_____ Name (Print)

_____ Permanent Address

_____ Signature of Herder

By my signature below I understand that I am the employer of the Herder (employee) and Western Range is not the Employer

EMPLOYER (Member of Western Range Association)

__El Tejon Sheep Company_____ Name (Print)
P.O. Box 80715
Bakersfield, CA 93380
_____ Permanent Address

_____ Signature of Employer

# EXHIBIT "2"

# EXHIBIT "2"

Anthony L. Hall, Esq.
Nevada Bar No. 5977
ahall@hollandhart.com
Erica C. Smit, Esq.
Nevada Bar No. 13959
ecsmit@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorneys for Defendants El Tejon Sheep Company and Melchor Gragirena*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL,<br><br>Defendants. | CASE NO. 3:16-cv-00237-MMD-VPC<br><br>**DECLARATION OF MELCHOR GRAGIRENA** |

I, Melchor Gragirena, hereby declare as follows:

1. My name is Melchor Gragirena. I am over the age of eighteen years old and competent to testify as to the following facts based upon my own personal knowledge, or where indicated, upon information and belief. As to any facts stated on information and belief, I believe them to be true. If called as a witness, I can testify to a court competently as to my knowledge of the facts contained herein.

2. I am a defendant in this action and an owner of El Tejon Sheep Company ("El Tejon").

3. On October 26, 2013, I signed a Sheepherder Employment Agreement ("Agreement") on behalf of El Tejon for the employment of plaintiff Abel Cántaro Castillo ("Cántaro"). **Exhibit 1** is a true and correct copy of the Agreement.

1

4.  For the two years preceding the filing of the complaint in this case, May 3, 2016, there are only eleven other individuals besides Cántaro, whom could be members of a class action, that were employed as sheepherders for El Tejon. For the six year period preceding the filing of the complaint, there are only eight additional individuals besides Cántaro, whom could be members of a class action, bringing the total of all individuals for a six year period prior to the filing of the complaint to nineteen potential opt-in plaintiffs.

5.  Without notice to El Tejon, Cántaro voluntarily terminated his employment on June 8, 2014. The last paycheck El Tejon paid to Cántaro was for the month of May 2014, which totaled $1,477.08.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

EXECUTED this 10th day of November 2016.

*[signature]*

MELCHOR GRAGIRENA

9319018_3

2