THIERMAN BUCK LLP
MARK R. THIERMAN, ESQ.
Nevada State Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, ESQ.
Nevada State Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, ESQ.
Nevada State Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

CHRISTINE E. WEBBER, ESQ.
(Admitted Pro Hac Vice)
cwebber@cohenmilstein.com
BRIAN CORMAN, ESQ.
(Admitted Pro Hac Vice)
bcorman@sohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Ste 500
Washington, DC 20005

TOWARDS JUSTICE
ALEXANDER HOOD, ESQ.
(Admitted Pro Hac Vice)
alex@towardsjustice.org
DERMOT LYNCH, ESQ.
(Admitted Pro Hac Vice)
dermot@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO  80218

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABEL CANTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL,<br>           Defendants. | CASE NO. 3:16-cv-00237-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONDING TO DEFENDANTS' MOTION TO DISMISS (FIRST REQUEST)** |

1

2189833.1

1  Plaintiffs, by and through their counsel of record at Cohen Milstein Sellers & Toll PLLC, Thierman Buck, and Towards Justice and Defendants El Tejon Sheep Company and Melchor Gragirena, by and through their attorneys of record of the law firm of Holland & Hart LLP, hereby stipulate to extend the time for Plaintiffs to respond to Defendants' Motion to Dismiss this matter up to and including December 16, 2016.

This is the first request for an extension on this motion.  This request is made due to Plaintiffs' counsel's scheduling conflicts as multiple counsel will be traveling surrounding Thanksgiving and Christine E. Webber, a lead counsel on this case for Plaintiffs, will be away on vacation for two weeks following Thanksgiving.

This stipulation is made in good faith and not for purposes of delay.

DATED this 14th day of November 2016

| COHEN MILSTEIN SELLERS & TOLL PLLC | HOLLAND & HART LLP |
|---|---|
| /s/Christine E. Webber<br>CHRISTINE E. WEBBER, ESQ.<br>(Admitted Pro Hac Vice)<br>cwebber@cohenmilstein.com<br>BRIAN CORMAN, ESQ.<br>(Admitted Pro Hac Vice)<br>bcorman@sohenmilstein.com<br>1100 New York Ave., NW, Ste 500<br>Washington, DC 20005<br><br>THIERMAN BUCK LLP<br>MARK R. THIERMAN, ESQ.<br>Nevada State Bar No. 8285<br>mark@thiermanbuck.com<br>JOSHUA D. BUCK, ESQ.<br>Nevada State Bar No. 12187<br>josh@thiermanbuck.com<br>LEAH L. JONES, ESQ.<br>Nevada State Bar No. 13161<br>leah@thiermanbuck.com<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: (775) 284-1500<br>Facsimile: (775) 703-5027 | /s/ Anthony L. Hall<br>ANTHONY L. HALL, ESQ.<br>Nevada State Bar No. 5977<br>ahall@hollandhart.com<br>ERICA C. SMIT, ESQ.<br>esmit@hollandhart.com<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada  89511<br>Telephone:  (775) 327-3000<br>Facsimile:   (775) 786-6179<br><br>*Attorneys for Defendants El Tejon Sheep Company and Melchor Gragirena* |

2189833.1

| | |
|---|---|
| 1 | TOWARDS JUSTICE |
| 2 | ALEXANDER HOOD, ESQ.<br>(Admitted Pro Hac Vice) |
| 3 | alex@towardsjustice.org<br>DERMOT LYNCH, ESQ. |
| 4 | (Admitted Pro Hac Vice) |
| 5 | dermot@towardsjustice.org<br>1535 High Street, Ste. 300 |
| 6 | Denver, CO  80218 |
| 7 | *Attorneys for Plaintiffs* |
| 8 | IT IS SO ORDERED |
| 9 | Dated this ____ day of November, 2016 |
| 10 | |
| 11 | _____ |
| 12 | United States District / Magistrate Judge |

3

2189833.1