THIERMAN BUCK LLP
MARK R. THIERMAN, ESQ.
Nevada State Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, ESQ.
Nevada State Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, ESQ.
Nevada State Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

CHRISTINE E. WEBBER, ESQ.
(Admitted Pro Hac Vice)
cwebber@cohenmilstein.com
BRIAN CORMAN, ESQ.
(Admitted Pro Hac Vice)
bcorman@sohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Ste 500
Washington, DC 20005

TOWARDS JUSTICE
ALEXANDER HOOD, ESQ.
(Admitted Pro Hac Vice)
alex@towardsjustice.org
DERMOT LYNCH, ESQ.
(Admitted Pro Hac Vice)
dermot@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO  80218

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CANTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL,<br>Defendants. | CASE NO. 3:16-cv-00237-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONDING TO DEFENDANT WESTERN RANGE ASSOCIATION'S MOTION TO DISMISS**<br>**(FIRST REQUEST)** |

1

2190433.1

Plaintiffs, by and through their counsel of record at Cohen Milstein Sellers & Toll PLLC, Thierman Buck, and Towards Justice and Defendant Western Range Association, by and through its attorneys of record of the law firm of Woodburn and Wedge, hereby stipulate to extend the time for Plaintiffs to respond to Defendant's Motion to Dismiss this matter up to and including December 16, 2016.

This is the first request for an extension on this motion. This request is made due to Plaintiffs' counsel's scheduling conflicts as multiple counsel will be traveling surrounding Thanksgiving and Christine E. Webber, a lead counsel on this case for Plaintiffs, will be away on vacation for two weeks following Thanksgiving.

This stipulation is made in good faith and not for purposes of delay.

DATED this 17th day of November 2016

COHEN MILSTEIN SELLERS & TOLL PLLC

_/s/Christine E. Webber_
CHRISTINE E. WEBBER, ESQ.
(Admitted Pro Hac Vice)
cwebber@cohenmilstein.com
BRIAN CORMAN, ESQ.
(Admitted Pro Hac Vice)
bcorman@sohenmilstein.com
1100 New York Ave., NW, Ste 500
Washington, DC 20005

THIERMAN BUCK LLP
MARK R. THIERMAN, ESQ.
Nevada State Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, ESQ.
Nevada State Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, ESQ.
Nevada State Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

WOODBURN AND WEDGE

_/s/ Ellen Jean Winograd_
ELLEN JEAN WINOGRAD, ESQ.
Nevada State Bar No. 815
ewinograd@woodburnandwedge.com
JOSHUA M. WOODBURY, ESQ.
Nevada State Bar No. 11326
jwoodbury@woodburnandwedge.com
6100 Neil Road, Suite 500
Reno, Nevada 89511
(775) 688-3000

*Attorneys for Defendant Western Range Association*

TOWARDS JUSTICE
ALEXANDER HOOD, ESQ.
(Admitted Pro Hac Vice)
alex@towardsjustice.org
DERMOT LYNCH, ESQ.
(Admitted Pro Hac Vice)
dermot@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO  80218

*Attorneys for Plaintiffs*

     IT IS SO ORDERED

     Dated this _____ day of November, 2016

_____

United States District / Magistrate Judge