AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ABEL CANTARO CASTILLO; ALCIDES INGA RAMOS; RAFAEL DE LA CRUZ, and those similarly situated, <br> v. <br> WESTERN RANGE ASSOCIATION; EL TEJON SHEEP COMPANY; MELCHOR GRAGIRENA; MOUNTAIN PLAINS AGRICULTURAL SERVICE; and ESTILL RANCHES, LLC | ) ) ) ) ) ) ) <br> Case No.: 3:16-cv-00237-RCJ-VPC |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __02/13/2018__ against __Plaintiffs__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ _____ |
| Fees for service of summons and subpoena ........................................... | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____ |
| Fees and disbursements for printing ................................................ | _____ |
| Fees for witnesses *(itemize on page two)* ............................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................................. | _____ |
| Docket fees under 28 U.S.C. 1923 ................................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ...................................... | _____ |
| Compensation of court-appointed experts ........................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 2,888.00 |
| Other costs *(please itemize)* ..................................................... | 260.30 |
| **TOTAL** | $ 3,148.30 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service    [ ] First class mail, postage prepaid
[ ] Other: _____

s/ Attorney:   __Anthony L. Hall__
Name of Attorney: __Anthony L. Hall, Esq., Holland & Hart LLP__

For: __Defendants El Tejon Sheep Company and Melchor Gragirena__    Date: _____
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                          Deputy Clerk                    Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Date | Allowable | Narrative |
|---|---|---|
| 7/5/2016 | $36.00 | Purchase of BLM map relating to existing lawsuit; |
| 7/7/2016 | $3.80 | VENDOR: PACER Service Center INVOICE#: 3992581-Q32016 |
| 7/17/2016 | $171.00 | Hotel charge for conference room with witness interviews; |
| 6/12/2017 | $49.50 | Westlaw Online Research |
| | $260.30 | TOTAL - OTHER COSTS |
| | | |
| 7/19/2016 | $2,880.00 | VENDOR: Interpreting Enterprises; INVOICE#: 1027; Interpreting service by Ruben Burnias during six witness interviews of sheepherders on July 18,2016 and July 19, 2016 |
| | $2,880.00 | TOTAL - COMPENSATION OF INTERPRETERS |
| | | |
| | $3,140.30 | |

**United States Department of the Interior**
**Bureau of Land Management**
DIV OF SUPPORT SERVICES
1340 FINANCIAL BLVD
RENO, NV 89502
Phone: (775) 861-6400

Receipt

No:   3601073

Transaction #: 3704438
Date of Transaction: 07/07/2016

| LINE # | QTY | DESCRIPTION | REMARKS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | 9.00 | IAC PRODUCTS / MAPS-BLM / MAPS-BLM / MAPS-BLM ($4.00) | | 4.00 | 36.00 |
| | | | | **TOTAL:** | **$36.00** |

| PAYMENT INFORMATION | | | |
|---|---|---|---|
| 1 | AMOUNT: 36.00 | POSTMARKED: | N/A |
| | TYPE: CASH | RECEIVED: | 07/07/2016 |
| | NAME: | | |

| REMARKS |
|---|
| |

This receipt was generated by the automated BLM Collections and Billing System and is a paper representation of a portion of the official electronic record contained therein.



**Comfort Inn Elko (NV405)**

2970 Idaho St.
Elko, NV 89801
(775) 777-8762
GM.NV405@choicehotels.com

MEETING ROOM, A. Hall/ M. Filipas
5441 KIETZKE LANE
Reno, NV 89511

Account: 470459687
Date: 7/17/16
Room: 101  BAR
Arrival Date: 7/17/16
Departure Date: 7/17/16
Check In Time: 7/17/16 3:08 PM
Check Out Time: 7/17/16 3:10 PM
Rewards Program ID:
You were checked out by: tlostr
You were checked in by: tlostr
**Total Balance Due: 0.00**

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 7/17/16 | Miscellaneous | | 171.00 |
| 7/17/16 | Visa Payment | XXXXXXXXXXXX3649 | (171.00) |

| Folio Summary 7/17/16 - 7/17/16 | |
|---|---|
| Miscellaneous | 171.00 |
| Visa Payment | (171.00) |
| **Balance Due:** | **0.00** |

This rate is eligible for partner rewards. If this rate is changed, you may no longer be entitled to partner rewards.

x_____



You could be earning free nights and other great rewards. Join Choice Privileges today, at www.choiceprivileges.com.

Thank you for your stay. Visit ChoiceHotels.com/VerifiedReviews to post your comments about your recent experience (Click the 'Write a Review' button)

**Interpreting Enterprises**
P.O BOX 1203
Pebble Beach, CA 93953
(800)4982997
services@interpretingenterprises.com
Website--
interpretingenterprises.com

**BILL TO**
Holland & Hart, Reno
5441 Kietzke Lane, 2nd floor
Reno, NV 89511

**INVOICE 1027**

**DATE** 07/14/2016   **TERMS** Due on receipt

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/14/2016 | **Interpreting Service**<br>Service Description: Witness Interviews<br><br>Language: Spanish<br><br>Date of Service: July 18, 2016<br><br>Case Name: El Tejon Sheep Company<br><br>Claim#: 75573.0015<br><br>Service Location: Comfort Inn Elko<br>2970 Idaho St.,<br>Elko, NV. 89801<br>Our File#: 468<br><br>Service Requested By: Marcia Filipas/<br>Anthony Hall, Esq.<br>mfilipas@hollandhart.com/<br>ahall@hollandhart.com<br><br>Fee Description: Service fee is $180.00 per hour with a 8 hour minimum. Our normal fee is $195 per hour, but because your firm will pay upon completion of assignment on the same day, and Mr. Hall will bring payment to Interpreter, we are charging at a discounted rate of $180 per hour. | 8 | 180.00 | 1,440.00 |

We accept VISA, MASTERCARD,
DISCOVER, AND AMERICAN EXPRESS

**Interpreting Enterprises**
P.O BOX 1203
Pebble Beach, CA  93953
(800)4982997
services@interpretingenterprises.com
Website--
interpretingenterprises.com

**BILL TO**
Holland & Hart, Reno
5441 Kietzke Lane, 2nd floor
Reno, NV  89511

**INVOICE 1028**

DATE 07/14/2016   TERMS Due on receipt

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/14/2016 | **Interpreting Service**<br>Service Description: Witness Interviews | 8 | 180.00 | 1,440.00 |
| | Language: Spanish | | | |
| | Date of Service: July 19, 2016 | | | |
| | Case Name: El Tejon Sheep Company | | | |
| | Claim#: 75573.0015 | | | |
| | Service Location: Comfort Inn Elko<br>2970 Idaho St.,<br>Elko, NV. 89801 | | | |
| | Our File#: 469 | | | |
| | Service Requested By: Marcia Filipas/<br>Anthony Hall, Esq.<br>mfilipas@hollandhart.com/<br>ahall@hollandhart.com | | | |
| | Fee Description: Service fee is $180.00 per hour with a 8 hour minimum. Our normal fee is $195 per hour, but because your firm will pay upon completion of assignment on the same day, and Mr. Hall will bring payment to Interpreter, we are charging at a discounted rate of $180 per hour. | | | |

We accept VISA, MASTERCARD,
DISCOVER, AND AMERICAN EXPRESS

July 19, 2016

Two thousand eight hundred eighty and 00/100************************************************************************            ***2,880.00***

Interpreting Enterprises
P.O Box 1203
Pebble Beach, CA 93953

*760122*

| Payee: | Interpreting Enterprises | Holland & Hart LLP | Check #: | 67006299 |
| --- | --- | --- | --- | --- |
| Vendor: | 56328 | | Check Date: | 7/19/2016 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
| --- | --- | --- | --- | --- | --- |
| 1027 | 7/19/2016 | 2,880.00 | 2,880.00 | | 2,880.00 |

Interpreting service by Ruben Burnias during six witness interviews of sheepherders on July 18, 2016 and July 19, 2016

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount | |
| --- | --- | --- | --- | --- | --- | --- |
| 7/19/2016 | 11057662 | Outside Fees | 92385 | 0001 | 2,880.00 | |
| | | Totals | 2,880.00 | 2,880.00 | | 2,880.00 |

November 4, 2016

Eleven thousand three hundred sixty-two and 40/100************************************************************  ***11,362.40***

PACER Service Center ✓
P.O. Box 71364
Philadelphia, PA  19176-1364



| Payee: | PACER Service Center | Holland & Hart LLP | Check #: | **1979** |
| Vendor: | 11905 ✓ | | Check Date: | 11/4/2016 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 3992581-Q32016 ✓ | 10/5/2016 ✓ | 11,362.40 ✓ | 11,362.40 | | 11,362.40 |

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount |
|---|---|---|---|---|---|
| 7/7/2016 | 11081529 | Pacer Quarterly Charges | 92385 | 0001 | 3.80 |