THIERMAN BUCK LLP
MARK R. THIERMAN, ESQ.
Nevada State Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, ESQ.
Nevada State Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, ESQ.
Nevada State Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

CHRISTINE E. WEBBER, ESQ.
(Admitted Pro Hac Vice)
cwebber@cohenmilstein.com
BRIAN CORMAN, ESQ.
(Admitted Pro Hac Vice)
bcorman@sohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Ste 500
Washington, DC 20005

TOWARDS JUSTICE
ALEXANDER HOOD, ESQ.
(Admitted Pro Hac Vice)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO 80218

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ABEL CANTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL,<br><br>Defendants. | CASE NO. 3:16-cv-00237-RCJ-VPC<br><br>**Unopposed Motion for Extension of Time to Object to Bills of Cost and for Leave to File a Unified Objection** |

1

After the Court's order dismissing Plaintiffs' claims, Defendants filed three bills of cost and Plaintiffs' objections are currently due on March 12, 2018 and March 13, 2018. *See* Docs. 142, 143, 144. Plaintiffs request leave to file a single unified objection to all three bills of cost and for an extension until March 19, 2018 to file the unified objection. This is the first motion to extend time to object to the bills of cost.

Plaintiffs intend to object to the bills of cost, at least in part, based on their inability to pay. *See Stanley v. University of Southern California*, 178 F. 3d 1069, 1079 (9th Cir. 1999). Because some Plaintiffs currently reside in remote areas of Peru, Plaintiffs need the extra time to supply their attorneys with evidence of that inability to pay for submission to the Court. Plaintiffs additionally request that they be permitted to file a unified objection because arguments regarding ability to pay will be the same or similar across all objections and a unified objection will therefore be more efficient for the Court to consider. Prior to filing, Plaintiffs conferred with all Defendants regarding this Motion. **Defendants do not oppose this Motion.**

Plaintiffs therefore request that:

1. Their deadline to respond to all of Defendants' bills of cost (Docs. 142, 143, 144) be extended to March 19, 2018; and
2. They be granted leave to file a single unified response to Defendants' bills of cost (Docs. 142, 143, 144).

Dated this 7th day of March, 2018

                                                  */s/Alexander Hood*
TOWARDS JUSTICE
ALEXANDER HOOD, ESQ.
(Admitted Pro Hac Vice)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO 80218

COHEN MILSTEIN SELLERS & TOLL PLLC
CHRISTINE E. WEBBER, ESQ.
(Admitted Pro Hac Vice)
cwebber@cohenmilstein.com
BRIAN CORMAN, ESQ.
(Admitted Pro Hac Vice)
bcorman@sohenmilstein.com
1100 New York Ave., NW, Ste 500
Washington, DC 20005

THIERMAN BUCK LLP
MARK R. THIERMAN, ESQ.
Nevada State Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, ESQ.
Nevada State Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, ESQ.
Nevada State Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
**The Honorable Robert C. Jones
UNITED STATES DISTRICT JUDGE**

**DATED:** __March 9, 2018