Ellen Jean Winograd, Esq.
State Bar No. 815
Colton T. Loretz, Esq.
State Bar. No. 14572
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511-1149
(775) 688-3000
(775) 688-3088 - facsimile
ewinograd@woodburnandwedge.com
cloretz@woodburnandwedge.com

Attorneys for Defendant
WESTERN RANGE ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS; RAFAEL DE LA CRUZ and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; and ESTILL RANCHES, LLC,<br><br>Defendants. | Case No. 3:16-cv-00237-RCJ-VPC<br>**ORDER GRANTING**<br>**UNOPPOSED MOTION**<br>**TO CONTINUE DATE FOR STATUS CONFERENCE** |

**UNOPPOSED MOTION TO CONTINUE DATE FOR STATUS CONFERENCE**

COME NOW Defendants Western Range Association, by and through its attorneys of record, Woodburn and Wedge, hereby submits this Unopposed Motion to Continue Date for Status Conference.

Following discussions between counsel wherein scheduling conflicts were addressed, the Parties agree between and among themselves that the September 16, 2019 status conference be continued, subject to this Court's availability and approval. Plaintiff Counsel and Western Range Association Counsel are both available the following week beginning September 23, 2019 or anytime thereafter as scheduled by this Court. Plaintiff Counsel has represented to Western Range

Association Counsel that she has no objection to an unopposed motion for this purpose, indicating that a joint stipulation was inappropriate. *See* **Exh. 1** hereto (email exchange between counsel regarding filing an unopposed motion rather a stipulation).

This is the first request for a continuance of the status conference and is made in good faith and not for purposes of delay. Western Range Association Counsel is scheduled to travel to Boise, Idaho on September 16, 2019 for depositions, and Plaintiff Counsel can only appear telephonically if the conference is held on September 16, 2019. As such, Western Range Association respectfully submits this Unopposed Motion to Continue Date for Status Conference, requesting that this Court enter an Order resetting the status conference to either the following week of September 23, 2019 or anytime thereafter.

Dated: August 30, 2019

_____
Ellen Jean Winograd, Esq.
Colton T. Loretz, Esq.
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
**Attorneys for Defendant**
**WESTERN RANGE ASSOCIATION**

IT IS ORDERED that the Unopposed Motion to Continue Date for Status Conference (ECF No. 171) is GRANTED.

IT IS FURTHER ORDERED that the Status Conference currently set on Monday September 16, 2019 is VACATED and RESCHEDULED to 10:00 A.M., Monday, October 21, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall file a Joint Status Report with the Court on or before Monday, October 7, 2019. The Joint Status Report shall include three (3) mutually agreed upon dates by the parties for trial in this matter. It is expressly understood by the parties that the Court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the Court's calendar.

IT IS FURTHER ORDERED that out of state counsel who wish to appear telephonically at the Status Conference shall file a request to appear telephonically on or before Monday, October 7, 2019.

IT IS SO ORDERED this 3rd day of September, 2019.

_____
ROBERT C. JONES