Ellen Jean Winograd, Esq.
State Bar No. 815
WOODBURN AN WEDGE
6100 Neil Road, Ste. 200
Reno, NV 89509
Tel:  775-323-5700
Fax: 775-688-3088
Email:  ewinograd@woodburnandwedge.com

Attorneys for Defendant
WESTERN RANGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS, RAFAEL DE LA CRUZ, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; EL TEJON SHEEP COMPANY; MELCHOR GRAGIRENA; MOUNTAIN PLAINS AGRICULTURAL SERVICE; and ESTILL RANCHES, LLC,<br><br>Defendants. | CASE NO. 3:16-cv-00237-RCJ-VPC<br><br>**JOINT CASE MANAGEMENT REPORT AND PROPOSED STIPULATED DISCOVERY PLAN**<br><br>Date: October 15, 2019<br>Time: 10:00 a.m. |

**JOINT CASE MANAGEMENT REPORT AND
PROPOSED STIPULATED DISCOVERY PLAN**

**I.   SHORT STATEMENT OF THE NATURE OF THE CASE**

This putative class action complaint was originally filed on May 3, 2018. Plaintiff Abel Cántaro Castillo alleged various causes of action for unpaid wages on behalf of himself and all "similarly situated" individuals against El Tejon Sheep Company, Melchor Gragirena and Western Range Association [Doc #1]. The Second Amended Complaint, again before this court, includes the following claims:

- Failure to Pay Minimum Wages in Violation of the Nevada Constitution

- Breach of Contract or Quasi-Contract
- Promissory Estoppel
- Unjust Enrichment and Quantum Meruit
- Failure to Pay Separated Employees Wages When Due

## II.   PROCEDURAL HISTORY

Plaintiff Cántaro first filed suit against WRA, El Tejon and Gragirena on May 3, 2016. [Doc #1]. On September 16, 2016, Western Range Association and El Tejon both filed Motions to Dismiss. [Doc #35, #37]. On October 13, 2016, Plaintiff/Appellant Cántaro, plus newly-named Plaintiff Ramos filed the First Amended Complaint, wherein additional defendants were added. [Doc #45]. Seventeen (17) new causes of action also appeared. *Id*. The FAC omitted the (federal) *Fair Labor Standards Act* ("FLSA") cause of action previously asserted in the original Complaint. *Id*.

Defendants El Tejon, Gragirena, and WRA filed "Motions to Dismiss" the FAC all of which were granted by this Court, finding that the District Court lacked jurisdiction [Doc #107]. Specifically, the Court held that CAFA and federal question jurisdiction were lacking and dismissed the Plaintiff's claims.

Plaintiffs Abel Cántaro Castillo, Alcides Inga Ramos and Rafael De La Cruz filed the Second Amended Complaint on May 15, 2017. [Doc #111]. Following Motions to Dismiss the SAC by all Defendants, this District Court issued its Order and Opinion on February 13, 2018 dismissing the entire SAC for lack of subject matter jurisdiction. [Doc #140]. In its dismissal Order, the District Court held that the minimum amount in controversy requirement under 28 USC § 1332 (CAFA diversity of citizenship) was absent. [Doc #140] The District Court then dismissed the SAC without prejudice but without leave to amend. [Doc #140].

Plaintiff filed his Notice of Appeal in this matter on March 9, 2018. [Doc #147].[1]

---

[1] While the appeal was pending, Plaintiff Castillo settled his claims against El Tejon and Melchor Gragirena and proceeds only against WRA. Plaintiff Ramos settled his claims against Estill Ranch and MPAS, and all three parties are no longer part of this case. Plaintiff De La Cruz did not appeal.

Following briefing and argument, in a 2-1 unpublished decision (with dissenting opinion) the Ninth Circuit reversed and remanded the case back to this Court. The mandate was entered by this Court on August 8, 2019. [Doc #170].

### III. PREVIOUS SCHEDULING ORDER

A prior scheduling order was entered in this case on January 13, 2017 [Doc #91], permitting discovery to begin, although motions to dismiss were pending. On April 13, 2017, after the FAC was dismissed, Plaintiffs filed the SAC on May 15, 2017, but no new scheduling order was entered, and no further discovery occurred prior to July 14, 2017, when all parties entered a stipulation for a Stay pending outcome on the Motions to Dismiss. The stipulation was approved by the Court on July 28, 2017 and an order entered thereon.

At the time of the April 13 dismissal order, there were 254 days of discovery remaining. The parties propose a new scheduling order which provides for 254 days of additional discovery, as contemplated by the original scheduling order.

### IV. PROPOSED SCHEDULING ORDER (SPECIAL SCHEDULING REVIEW REQUESTED)

The parties propose the following dates for completion of pretrial matters.

| Document | Deadline Date |
| --- | --- |
| Defendant's Responsive Pleading | October 31, 2019 |
| Discovery Opens | October 31, 2019 |
| Amending the Pleadings and Adding Parties | January 27, 2020 |
| Expert Disclosures | April 24, 2020 |
| Rebuttal-Expert Disclosures | May 28, 2020 |
| Motion for Class Certification | June 1, 2020 |
| Discovery Cut-Off | July 1, 2020 |
| Dispositive Motions Filed | July 28, 2020 |
| Pretrial Order | August 27, 2020 |

### IV. PROPOSED TRIAL DATES

October 13, 2020     October 20, 2020     October 26, 2020

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Dated October 7, 2019<br><br>By: /s/ *Christine E Webber*<br>Mark R. Thierman, Esq.<br>Joshua D. Buck, Esq.<br>Leah L. Jones, Esq.<br>THIERMAN BUCK<br>7287 Lakeside Drive<br>Reno, NV 89511<br><br>Alexander Hood (*pro hac vice*)<br>TOWARDS JUSTICE<br>1535 High Street, Suite 300<br>Denver, CO 80218<br><br>Christine E. Webber (*pro hac vice*)<br>Brian Corman (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave., NW, Suite 500<br>Washington, D.C. 20005<br><br>*Attorneys for Plaintiffs* | Dated October 7, 2019<br><br>By:  /s/ *Ellen Jean Winograd*<br>Ellen Winograd, Esq.<br>Joshua Woodbury, Esq.<br>WOODBURN & WEDGE<br>6100 Neil Road, Suite 500<br>Reno, NV 89505<br><br>*Attorneys for Defendant Western Range Association* |

**IT IS SO ORDERED.**

Dated this ___ day of October, 2019.

_____
ROBERT C. JONES
Senior District Judge