1  MARK R. THIERMAN, Nev. Bar No. 8285        ELLEN JEAN WINOGRAD
   JOSHUA D. BUCK, Nev. Bar No. 12187          KELSEY E. GUNDERSON
2  LEAH L. JONES, Nev. Bar No. 13161           Woodburn and Wedge
   Thierman Buck LLP                           6100 Neil Road, Suite 500
3  7287 Lakeside Drive                         Reno, Nevada 89511
   Reno, Nevada 89511                          ewinograd@woodburnandwedge.com
4  Tel: (775) 284-1500                         kgunderson@woodburnandwedge.com
   Fax: (775) 703-5027
5  Email: mark@thiermanbuck.com                *Counsel for Western Range Association,*
   josh@thiermanbuck.com                       *Defendant*
6  leah@thiermanbuck.com

7  ALEXANDER HOOD (*pro hac vice*)
   Towards Justice
8  1535 High St., Suite 300
   Denver, CO 80218
9  Tel: 720-239-2606
   Fax: 303-957-2289
10 Email: alex@towardsjustice.org
   alex@towardsjustice.org
11
   CHRISTINE E. WEBBER (*pro hac vice*)
12 BRIAN CORMAN (*pro hac vice*)
   Cohen Milstein Sellers & Toll PLLC
13 1100 New York Ave., NW, Suite 500
   Washington, DC 20005
14 Tel: 202-408-4600
   Fax: 202-408-4699
15 Email: cwebber@cohenmilstein.com
   bcorman@cohenmilstein.com
16
17 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

19 ABEL CÁNTARO CASTILLO;
   ALCIDES INGA RAMOS, and those similarly
20 situated,                                   Case No.: 3:16-cv-00237-MMD-VPC

21        Plaintiffs,                          **NOTICE OF APPEARANCE**

22 v.

23 WESTERN RANGE ASSOCIATION;
   MELCHOR GRAGIRENA;
24 EL TEJON SHEEP COMPANY;
   MOUNTAIN PLAINS AGRICULTURAL
25 SERVICE; ESTILL RANCHES, LLC; and
   JOHN ESTILL
26

27        KELSEY E. GUNDERSON of WOODBURN AND WEDGE, files this Notice of

28 Appearance as an additional attorney of record for the Defendant, WESTERN RANGE

ASSOCIATION, in the above-captioned matter, and requests that all copies of notices, pleadings, and documents be served upon her at the following address:

> Woodburn and Wedge
> 6100 Neil Road, Suite 500
> Reno, NV 89511

The undersigned does hereby affirm pursuant to NRS 239B.030 that the preceding document does not contain the social security number of any person.

By: _____
Kelsey E. Gunderson

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2020, a true and correct copy of the foregoing was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

An Employee of Woodburn and Wedge