Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
Kelsey E. Gunderson, Esq.
Nevada State Bar No. 15238
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel:  775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
kgunderson@woodburnandwedge.com

*Attorneys for Western Range Association*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL,<br><br>Defendants. | Case No. 3:16-cv-00237-RCJ-VPC |

**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL**
**(First Request)**

Defendant WESTERN RANGE ASSOCIATION ("Western Range") AND Plaintiff Abel Cántaro Castillo, by and through their respective attorneys of record, hereby stipulate to extend the time for Defendants to file their Reply in support of Defendant's Motion to Compel from their current deadline of March 31, 2020 to April 8, 2020.

///

///

///

///

- 1 -

1    This is the first request for an extension. This request is necessitated by the otherwise unanticipated work challenges in Nevada arising from the COVID-19 situation. This request is made in good faith and not for purposes of delay.

Dated: April 3, 2020

 /s/ Christine E Webber
Christine E. Webber, Esq.
Brian Corman, Esq.
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Suite 500
Washington, DC 20005

Alexander N. Hood, Esq.
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO 80218

Mark R. Thierman, Esq.
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
*Attorneys for Plaintiff*

 /s/ Ellen Jean Winograd
Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
Kelsey E. Gunderson, Esq.
Nevada State Bar No. 15238
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel:  775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
kgunderson@woodburnandwedge.com
*Attorneys for Western Range Association*

    IT IS SO ORDERED.

    DATED this _____ day of April, 2020.

                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2020, a true and correct copy of the foregoing was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

                                              */s/ Haleigh Valenta*
                                              An Employee of Woodburn and Wedge