Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
Kelsey E. Gunderson, Esq.
Nevada State Bar No. 15238
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
kgunderson@woodburnandwedge.com

*Attorneys for Western Range Association*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL,<br><br>Defendants. | Case No. 3:16-cv-00237-RCJ-VPC |

**STIPULATION TO EXTEND TIME TO FILE OPPOSTITION TO PLATINIFF'S MOTION TO COMPEL**
**(First Request)**

Defendant WESTERN RANGE ASSOCIATION ("Western Range") AND Plaintiff Abel Cántaro Castillo, by and through their respective attorneys of record, hereby stipulate to extend the time for Defendants to file their Opposition to Plaintiff's Motion to Compel from the current deadline of April 1, 2020 to April 8, 2020.

///

///

///

///

- 1 -

This is the first request for an extension. This request is necessitated by the otherwise unanticipated work challenges in Nevada arising from the COVID-19 situation. This request is made in good faith and not for purposes of delay.

Dated: April 3, 2020

| | |
|---|---|
| /s/ Christine E Webber<br>Christine E. Webber, Esq.<br>Brian Corman, Esq.<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue NW, Suite 500<br>Washington, DC 20005<br><br>Alexander N. Hood, Esq.<br>TOWARDS JUSTICE<br>1535 High Street, Suite 300<br>Denver, CO 80218<br><br>Mark R. Thierman, Esq.<br>Joshua D. Buck, Esq.<br>Leah L. Jones, Esq.<br>THIERMAN BUCK LLP<br>7287 Lakeside Drive<br>Reno, NV 89511<br>*Attorneys for Plaintiff* | /s/ Ellen Jean Winograd<br>Ellen Jean Winograd, Esq.<br>Nevada State Bar No. 815<br>Kelsey E. Gunderson, Esq.<br>Nevada State Bar No. 15238<br>WOODBURN AND WEDGE<br>6100 Neil Road, Suite 500<br>Reno, Nevada 89511<br>Tel:  775-688-3000<br>Fax: 775-688-3088<br>ewinograd@woodburnandwedge.com<br>kgunderson@woodburnandwedge.com<br>*Attorneys for Western Range Association* |

     IT IS SO ORDERED.

     DATED this _____ day of April, 2020.

                                                          UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2020, a true and correct copy of the foregoing was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

           _/s/ Haleigh Valenta_
           An Employee of Woodburn and Wedge