## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ABLE CANTARO CASTILLO, et al., | ) | 3:16-CV-0237-RCJ-CLB |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 6, 2020 |
| | ) | |
| WESTERN RANGE ASSOCIATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN,</u> U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

A telephonic hearing on plaintiffs' motion for protective order (ECF No. 182) and the motions to compel (ECF Nos. 185 & 188) is set for **Tuesday, April 14, 2020** at **9:00 a.m.**, before United States Magistrate Judge Carla Baldwin in Courtroom One, 400 S. Virginia Street, Reno, Nevada 89501. Counsel shall dial **877-336-1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom. The **access code** is **2809752** and the **security code** is **16237**.

The parties shall be prepared to discuss the discovery plan and scheduling order (ECF No. 174), including any agreement in the record as to the specific timing and/or sequencing of depositions. Plaintiffs shall also be prepared to update the court on the status of Mr. Cantaro Castillo's visa.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>     /s/     </u>
Lisa Mann, Deputy Clerk