**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| ABEL CANTARO CASTILLO on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION<br>Defendant. | CASE NO. 3:16-cv-00237-RCJ-CLB |

**ORDER**

After reviewing the Joint Stipulation of Dismissal, filed April 6, 2020, it is hereby ORDERED that:

1

All claims against El Tejon Sheep Company, Melchor Gragirena, Mountain Plains Agricultural Service, John Estill and/or Estill Ranches, LLC are hereby dismissed with prejudice. Plaintiffs' claims against Western Range Association remain in litigation.

**IT IS SO ORDERED.**

Dated this 6th day of April, 2020.

_____
ROBERT C. JONES
Senior District Judge

2