UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ABEL CASTILLO, et al., | ) | 3:16-CV-0237-RCJ-CLB |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 10, 2020 |
| | ) | |
| WESTERN RANGE ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed defendant's emergency motion to stay discovery (ECF No. 199) and plaintiffs' response thereto (ECF No. 202).  For good cause appearing, plaintiff's emergency motion to stay discovery (ECF No. 199) is **GRANTED.**  All discovery and motion briefing is hereby by **STAYED** for thirty days.  The motion hearing set for Tuesday, April 14, 2020 is **VACATED** and will be reset at a date and time convenient to the court and the parties.

The joint proposed amended scheduling order (ECF No. 201) is **GRANTED** as follows:

| | |
|---|---|
| Expert Disclosures Exchanged | November 20, 2020 |
| Rebuttal-Expert Disclosures Exchanged | December 31, 2020 |
| Motion for Class Certification to be Filed | January 15, 2021 |
| Discovery Cut-Off | January 29, 2021 |
| Dispositive Motions to be Filed | February 26, 2021 |
| Pretrial Order to be Filed | June 4, 2021 |

The parties shall meet and confer to determine if a resolution can be reached concerning the video deposition of the plaintiff given the various difficulties surrounding the COVID-19 pandemic and the immigration issues in this case.

**IT IS SO ORDERED.**                    DEBRA K. KEMPI, CLERK

By:_____/s/_____
Deputy Clerk