THIERMAN BUCK LLP
MARK R. THIERMAN, ESQ.
Nevada State Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, ESQ.
Nevada State Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, ESQ.
Nevada State Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

CHRISTINE E. WEBBER, ESQ.
(Admitted Pro Hac Vice)
cwebber@cohenmilstein.com
BRIAN CORMAN, ESQ.
(Admitted Pro Hac Vice)
bcorman@sohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Ste 500
Washington, DC 20005

TOWARDS JUSTICE
ALEXANDER HOOD, ESQ.
(Admitted Pro Hac Vice)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO 80218

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ABEL CANTARO CASTILLO on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION<br><br>Defendant. | CASE NO. 3:16-cv-00237-RCJ-CLB |

**ORDER TO CONTINUE TRIAL AND CALENDAR CALL DATES**

The parties, by and through their counsel, hereby move to continue the trial date and calendar call dates set by the Court's August 13, 2020 Order. Dkt. 223. In the August 13 Order, the Court stated that "to the extent the parties seek any additional extensions of discovery and related deadlines which would affect the trial date, such request shall include a request to continue the trial and calendar call dates set by this order." Dkt. 223. The parties jointly submitted a stipulated schedule on January 22, 2021, proposing new dates based on developments in discovery, including the ruling on a motion to quash which delayed completion of third party depositions. Dkt. 244. The stipulated schedule was approved by Magistrate Judge Carla Baldwin on January 25, 2021. Dkt. 245. The new schedule sets the following deadlines:

| | |
|---|---|
| Third Party Ranches provide specifically detailed declarations to Plaintiffs | March 16, 2021 |
| Plaintiffs advise Third Party Ranches if a deposition is needed | April 5, 2021 |
| Third Party Ranches may file notice of deposition objections | April 23, 2021 |
| Plaintiffs response to Third Party Ranches objections | May 4, 2021 |
| Expert Disclosures Exchanged | August 13, 2021 |
| Rebuttal Expert Disclosures Exchanged | September 24, 2021 |
| Motion for Class Certification Filed | October 8, 2021 |
| Discovery Cut-Off | October 22, 2021 |
| Dispositive Motions Filed | November 19, 2021 |
| Pretrial Order Filed | February 25, 2022 |

Therefore, due to these adjustments to the schedule and based on the Court's August 13 Order (Dkt. 223), the parties jointly move to continue the trial date and calendar call date.

Respectfully submitted,

February 2, 2021

By: /s/ *Christine E Webber*
Christine E. Webber (*pro hac vice*)
Megan Reif (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Suite 500
Washington, D.C. 20005

By: /s/ *Ellen Winograd*
Ellen Winograd, Esq.
Kelsey E. Gunderson, Esq.
WOODBURN & WEDGE
6100 Neil Road, Suite 500
Reno, NV 89505

*Attorneys for Defendant Western Range Association*

2

|   |   |
|---|---|
| 1 | THIERMAN BUCK LLP |
|   | MARK R. THIERMAN, ESQ. |
| 2 | Nevada State Bar No. 8285 |
|   | mark@thiermanbuck.com |
| 3 | JOSHUA D. BUCK, ESQ. |
|   | Nevada State Bar No. 12187 |
| 4 | josh@thiermanbuck.com |
|   | LEAH L. JONES, ESQ. |
| 5 | Nevada State Bar No. 13161 |
|   | leah@thiermanbuck.com |
| 6 | 7287 Lakeside Drive |
|   | Reno, Nevada 89511 |
| 7 | Telephone: (775) 284-1500 |
|   | Facsimile: (775) 703-5027 |

TOWARDS JUSTICE
ALEXANDER HOOD, ESQ.
(Admitted Pro Hac Vice)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO  80218

*Attorneys for Plaintiffs*

   IT IS ORDER that the Calendar Call set for October 4, 2021 and Jury Trial set for October 25, 2021 are hereby vacated and reset as follows:  Calendar Call is set for Monday, April 4, 2022 at 10:00 AM in Reno Courtroom 3 before Judge Robert C. Jones. Jury Trial is set for April 18, 2022 at 8:30 AM in Reno Courtroom 3 before Judge Robert C. Jones

Dated this 3rd day of February, 2021.  _____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE