# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CANTARO CASTILLO,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN RANGE ASSOCIATION, et al.,<br><br>Defendants. | Case No. 3:16-cv-00237-RCJ-CLB<br><br>**ORDER DENYING AS MOOT MOTION TO MODIFY SCHEDULING ORDER**<br><br>[ECF No. 254] |

Before the Court is Plaintiff Abel Cantaro Castillo's ("Castillo") motion to modify the scheduling order "to permit updated expert reports to be exchanged after class certification is ruled on and any further production provided." (ECF No. 254.) Defendant Western Range Association ("Western") filed an opposition arguing the motion was moot in light of the parties "scheduling stipulation." (ECF No. 257.) Western did seek to clarify whether the opportunity to submit updated expert reports was reciprocal. (*Id.*) No reply was filed.

Castillo's motion to modify the scheduling order, (ECF No. 254), is **DENIED as moot** in light of the new scheduling order. (ECF No. 256.) The Court clarifies that the opportunity to submit updated expert reports is reciprocal as to both parties.

**DATED**: August 30, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**