Ellen Jean Winograd, Esq.
State Bar No. 815
Kelsey E. Gunderson, Esq.
State Bar No. 15238
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511-1149
Tel: (775) 688-3000 | Fax: (775) 688-3088
ewinograd@woodburnandwedge.com
kgunderson@woodburnandwedge.com

Attorneys for Defendant
WESTERN RANGE ASSOCIATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS; RAFAEL DE LA CRUZ; and those similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; EL TEJON SHEEP COMPANY; MELCHOR GRAGIRENA; MOUNTAIN PLAINS AGRICULTURAL SERVICE; and ESTILL RANCHES, LLC,<br><br>               Defendants. | Case No. 3:16-cv-00237-RCJ-CLB<br><br><br>**STIPULATION TO EXTEND DEFENDANT WESTERN RANGE ASSOCIATION'S REBUTTAL EXPERT DISCLOSURE**<br><br>**<u>FIRST REQUEST</u>** |

Defendant, WESTERN RANGE ASSOCIATION ("Western Range"), by and through its counsel of record, ELLEN JEAN WINOGRAD and KELSEY GUNDERSON of WOODBURN and WEDGE and Plaintiff, ABEL CÁNTARO CASTILLO by and through his counsel of record, CHRISTINE WEBBER and MEGAN REIF of COHEN MILSTEIN SELLERS & TOLL, PLLC, respectfully submit this Stipulation to Extend Defendant Western Range Association's Rebuttal Expert Disclosure.

Following a Meet and Confer between Plaintiff and Western Range, the parties have agreed to extend the deadline for Defendant Western Range's rebuttal expert witness disclosures from Friday, October 15, 2021 to Monday, October 18, 2021. This brief extension is necessary because Western

Range's expert witness will be unable to complete his expert report by Friday, October 15, 2021, due to unanticipated conflicts with the expert's professional academic obligations. This is Western Range's first request and is made in good faith and not for purposes of delay.

**Affirmation Pursuant to NRS 239B.030**

The undersigned hereby affirms that the preceding document does not contain the personal information of any individual.

RESPECTFULLY SUBMITTED,

DATED this 13th day of October, 2021.

COHEN MILSTEIN SELLERS & TOLL PLLC

*/s/ Christine Webber, Esq.*
Christine Webber, Esq.
Megan Reif, Esq.
1100 New York Avenue NW, 5th Fl.
Washington, DC 20005
cwebber@cohenmilstein.com
mreif@cohenmilstein.com

**Attorneys for Plaintiff**
**ABEL CÁNTARO CASTILLO**

DATED this 12th day of October, 2021.

WOODBURN AND WEDGE

*/s/ Ellen Jean Winograd, Esq.*
Ellen Jean Winograd, Esq.
Kelsey E. Gunderson, Esq.
6100 Neil Road, Suite 500
Reno, Nevada 89511
ewinograd@woodburnandwedge.com
kgunderson@woodburnandwedge.com

**Attorneys for Defendant**
**WESTERN RANGE ASSOCIATION**

**IT IS SO ORDERED.**

**DATED this 13th day of October, 2021.**

~~UNITED STATES DISTRICT JUDGE~~
**UNITED STATES MAGISTRATE JUDGE**