IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS; RAFAEL DE LA CRUZ; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; EL TEJON SHEEP COMPANY; MELCHOR GRAGIRENA; MOUNTAIN PLAINS AGRICULTURAL SERVICE; and ESTILL RANCHES, LLC,<br><br>Defendants. | Case No. 3:16-cv-00237-RCJ-CLB<br><br>ORDER GRANTING<br>**STIPULATION TO EXTEND DEFENDANT WESTERN RANGE ASSOCIATION'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND PLAINTIFF'S REPLY TO SAME**<br><br><u>FIRST REQUEST</u> |

Defendant, WESTERN RANGE ASSOCIATION ("Western Range"), by and through its counsel of record, ELLEN JEAN WINOGRAD and KELSEY GUNDERSON of WOODBURN and WEDGE and Plaintiff, ABEL CÁNTARO CASTILLO by and through his counsel of record, CHRISTINE WEBBER and MEGAN REIF of COHEN MILSTEIN SELLERS & TOLL, PLLC, respectfully submit this Stipulation and Order.

The parties stipulate to:

1. Extend Defendant Western Range Association's Deadline to file its Opposition to Plaintiff's Motion for Class Certification currently due on November 12, 2021 to and including November 22, 2021;

2. To extend Plaintiff's deadline to file its Reply to Opposition to Motion for Class Certification to and including December 9, 2021.

1

1    The reasons for such extension are Plaintiff's extensive and lengthy Motion for FRCP 23(b) Class Certification (41 pages) and the 64+ exhibits attached thereto; the fact that the parties just received Plaintiff's expert's (expedited) deposition transcript on November 8, 2021, and this week's mid-week holiday is leading to a staffing shortage on Thursday. Plaintiff seeks the additional time because, under this stipulation, Defendant's Opposition brief will be filed on November 22, and Plaintiff's counsel will be unavailable later that week due to the Thanksgiving holiday. Plaintiff's counsel's office will be closed from mid-day Wednesday, November 24 through Sunday, November 28.

This is the parties first request for an extension for Defendant to respond to Plaintiff's FRCP 23(b) Motion and Plaintiff's deadline to Reply to Defendant's Opposition and is made in good faith and not for purposes of delay.

**Affirmation Pursuant to NRS 239B.030**

The undersigned hereby affirms that the preceding document does not contain the personal information of any individual.

RESPECTFULLY SUBMITTED,

IT IS SO ORDERED.

DATED this  10th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE