ELLEN JEAN WINOGRAD, ESQ.
Nevada State Bar No. 815
KELSEY E. GUNDERSON, ESQ.
Nevada State Bar No. 15238
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
kgunderson@woodburnandwedge.com

*Attorneys for Western Range Association*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated, | Case No. 3:16-cv-00237-RCJ-CLB |
| Plaintiff, | |
| vs. | |
| WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL, | |
| Defendants. | |

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE

Defendant WESTERN RANGE ASSOCIATION ("Western Range") by and through its counsel, ELLEN JEAN WINOGRAD, ESQ., of WOODBURN and WEDGE and Plaintiff ABEL CANTARO CASTILLO, by and through his counsel CHRISTINE WEBBER, ESQ., of COHEN MILSTEIN SELLERS & TOLL, hereby stipulate to extend the close of discovery from December 10, 2021, to December 14, 2021. The Parties have diligently attempted to complete all remaining third-party and expert depositions and collection of documents responsive to Expert subpoena, but due to scheduling conflicts have been unable to complete this discovery before the current close of discovery. As reported in the parties' prior request, Dr. Payne was scheduled to complete his deposition on November 30. However, Dr. Payne was unable to complete his response to the document subpoena prior to that date and had scheduling conflicts precluding scheduling the completion of

1  his deposition prior to December 14, 2021.

2      The Parties have met and conferred regarding, inter alia, the completion of the deposition of Defendant's expert, and scheduled the continuation of his deposition for December 14, 2021, prior to which he will supplement his report with identification of documents he received in the instant matter. This will not affect any other case deadlines.

6      This request is made in good faith and not for purposes of delay.

7      Dated this 10th day of December, 2021.

10  /s/ Christine Webber
Christine E. Webber, Esq.
Megan Reif, Esq.
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Suite 500
Washington, DC 20005

Alexander N. Hood, Esq.
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO 80218

Mark R. Thierman, Esq.
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
*Attorneys for Plaintiff*

/s/ Ellen Jean Winograd
Ellen Jean Winograd, Esq.
Nevada State Bar No. 815
Kelsey E. Gunderson, Esq.
Nevada State Bar No. 15238
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
kgunderson@woodburnandwedge.com
*Attorneys for Western Range Association*

22  IT IS SO ORDERED.

23  DATED this 10th day of December, 2021.

United States Magistrate Judge

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the __10th__ day of __December__ 2021, a true and correct copy of the foregoing was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

*/s/ Denise Eardley*
An Employee of Woodburn and Wedge