ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

ELLEN JEAN WINOGRAD, ESQ.
Nevada State Bar No. 815
ewinograd@woodburnandwedge.com
KELSEY E. GUNDERSON, ESQ.
Nevada State Bar No. 15238
kgunderson@woodburnandwedge.com
JOSE TAFOYA, ESQ.
Nevada State Bar No. 16011
jtafoya@woodburnandwedge.com
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel:  775-688-3000
Fax: 775-688-3088

*Attorneys for Western Range Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL,<br><br>Defendants. | CASE NO.:   3:16-cv-00237-RCJ-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br>(Third Request) |

Defendant Western Range Association ("Defendant"), by and through its counsel of record, ANTHONY HALL of SIMONS HALL JOHNSTON and ELLEN WINOGRAD, KELSEY GUNDERSON, and JOSE TAFOYA of WOODBURN AND WEDGE, and Plaintiff Abel Cántaro Castillo, ("Plaintiff") by and through his counsel of record, CHRISTINE WEBER and MEGAN

REIF of COHEN MILSTEIN SELLERS & TOLL PLLC, hereby stipulate and agree to extend the deadline to file dispositive motions by two (2) weeks to and including **April 18, 2022**.

This is the parties' third request for an extension to file dispositive motions and is made in good faith and not for the purpose of delay.

DATED:  April 4, 2022                                                                              DATED:  April 4, 2022

COHEN MILSTEIN SELLERS & TOLL PLLC          SIMONS HALL JOHNSTON PC

By: /s/ Christine Webber_____
Christine E. Webber, Esq. (pro hac vice)
Megan Reif, Esq. (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., Ste 500
Washington, DC 20005

*Attorneys for Plaintiff*

By: /s/ Anthony L. Hall_____
Anthony L. Hall, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
*Attorneys for Defendant*

By: /s/ Ellen Winograd_____
Ellen Jean Winograd, Esq.
Kelsey E. Gunderson, Esq.
Jose Tafoya, Esq.
WOODBURN AND WEDGE
6100 Neil Road, Ste 500
Reno, NV 89511

*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

No further extensions of time will be granted absent extraordinary circumstances.

Dated:  April 4, 2022

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, Emily T. Woods, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC. My business address is 690 Sierra Rose Dr., Reno, NV 89511. I am over the age of 18 years and not a party to this action.

On the below date, I served the foregoing document by causing it to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

Christine E. Webber, Esq. (pro hac vice)
Megan Reif, Esq. (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., Ste 500
Washington, DC 200005

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on April 4, 2022.

/s/ Emily T. Woods_____
Employee of Simons Hall Johnston