THIERMAN BUCK LLP
MARK R. THIERMAN, ESQ.
Nevada State Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, ESQ.
Nevada State Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, ESQ.
Nevada State Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

CHRISTINE E. WEBBER, ESQ.
(Admitted Pro Hac Vice)
cwebber@cohenmilstein.com
MEGAN REIF, ESQ.
(Admitted Pro Hac Vice)
mreif@sohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Ste 500
Washington, DC 20005

TOWARDS JUSTICE
ALEXANDER HOOD, ESQ.
(Admitted Pro Hac Vice)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO  80218

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ABEL CANTARO CASTILLO on behalf of himself and those similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION<br>          Defendant. | CASE NO. 3:16-cv-00237-RCJ-CLB |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Cántaro Castillo hereby

moves this Court for partial summary judgment on the issue of Defendant Western Range

Association's status as a joint employer of Plaintiff and the putative class.  Plaintiff's claims in this

1 | case depend in part on Defendant Western Range Association being the joint employer of Plaintiff

2 | and other H-2A sheepherders, a status Defendant has disputed.  As noted in Plaintiff's Memorandum

3 | of Points and Authorities, Plaintiff assumes given the sequence of briefing that the Court will rule on

4 | the fully-briefed motion for class certification prior to ruling on summary judgment, in order to

5 | avoid the prospect of one-way intervention.

6 |      In support of the relief requested herein, Plaintiff relies on his accompanying

7 | contemporaneously filed Memorandum of Points and Authorities, the exhibits thereto, and the record

8 | herein.  Pursuant to the governing Protective Order, Dkt. 184 at ¶ 14, Plaintiff has filed his

9 | memorandum in support and certain exhibits under seal, pending review by this Court.

10

11 |   Dated: April 18, 2022                    Respectfully Submitted,

12

13 |                     COHEN MILSTEIN SELLERS & TOLL PLLC

14 |                      _/s/Christine E. Webber_____<br>CHRISTINE E. WEBBER, ESQ.<br>(Admitted Pro Hac Vice)

15 |                     cwebber@cohenmilstein.com<br>MEGAN REIF, ESQ.<br>(Admitted Pro Hac Vice)

16 |                     mreif@cohenmilstein.com<br>1100 New York Ave., NW, Ste 500

17 |                     Washington, DC 20005

18

19 |                     THIERMAN BUCK LLP<br>MARK R. THIERMAN, ESQ.

20 |                     Nevada State Bar No. 8285<br>mark@thiermanbuck.com<br>JOSHUA D. BUCK, ESQ.

21 |                     Nevada State Bar No. 12187<br>josh@thiermanbuck.com

22 |                     LEAH L. JONES, ESQ.<br>Nevada State Bar No. 13161

23 |                     leah@thiermanbuck.com<br>7287 Lakeside Drive

24 |                     Reno, Nevada 89511<br>Telephone: (775) 284-1500

25 |                     Facsimile: (775) 703-5027

26 |                     TOWARDS JUSTICE<br>ALEXANDER HOOD, ESQ.

27 |                     (Admitted Pro Hac Vice)<br>alex@towardsjustice.org

28 |                     1535 High Street, Ste. 300

Denver, CO  80218

***Attorneys for Plaintiffs***

1

<u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on April 18, 2022, a true and correct copy of the foregoing was served via the

3    United States District Court CM/ECF system on all parties or persons requiring notice.

4

5    By:  <u>*/s/ Christine E. Webber*</u>
                Christine E. Webber

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28