# EXHIBIT 1

```
THIERMAN BUCK LLP
MARK R. THIERMAN, ESQ.
Nevada State Bar No. 8285
mark@thiermanbuck.com
JOSHUA D. BUCK, ESQ.
Nevada State Bar No. 12187
josh@thiermanbuck.com
LEAH L. JONES, ESQ.
Nevada State Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027

CHRISTINE E. WEBBER, ESQ.
(Admitted Pro Hac Vice)
cwebber@cohenmilstein.com
BRIAN CORMAN, ESQ.
(Admitted Pro Hac Vice)
bcorman@sohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Ste 500
Washington, DC 20005

TOWARDS JUSTICE
ALEXANDER HOOD, ESQ.
(Admitted Pro Hac Vice)
alex@towardsjustice.org
1535 High Street, Ste. 300
Denver, CO  80218
```

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ABEL CANTARO CASTILLO on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION<br>               Defendant. | CASE NO. 3:16-cv-00237-RCJ-CLB |

**DECLARATION OF PAMELA MACKER**

1.   My name is Pamela Macker.  I am a paralegal with the firm of Cohen Milstein Sellers & Toll PLLC.  I am over 18 years of age.  I have personal knowledge of the facts set forth below, and could and would testify to them in a court of law if called upon to do so.  I make this

declaration in support of Plaintiff's Motion for Class Certification, and pursuant to Federal Rule of Evidence 1006.  The documents summarized in this declaration and its attachments total over 2,300 pages.

2. Defendant WRA produced 31 supplemental (and amended supplemental) responses to Plaintiff's Second Interrogatory, which collectively set forth names, dates of employment, ranch of employment, and contact information for H-2A herders who had worked in Nevada between approximately 2010 and 2018.  I entered this information into a spreadsheet, a copy of which has been produced to Defendant.

3. Based upon the data included, I was able to identify each WRA member ranch that employed an H-2A herder in Nevada between 2010 and 2018.  There are 25 of them, listed on the chart attached hereto as Ex. A.  I was also able to determine the number of individual herders who were identified as having worked for each ranch, and that number is also included on the chart attached as Ex. A.  Because some herders worked for more than one ranch, the total number of unique herders disclosed by WRA in its interrogatory response is 479, somewhat less than the total of each ranch's headcount of 488.

4. Several of the WRA member ranches have provided declarations in this matter. Where a ranch has provided a declaration, I have listed the name of the declarant in Ex. A.  Several of the WRA member ranches have provided deposition testimony in this matter.  Where a ranch has provided a deposition, I have listed the name of the deponent in Ex. A.

5. I have reviewed a total of 99 documents entitled "Information for Master Job Order, Member Survey."  Each survey response (1) has a date as part of the document title; (2) indicates which member ranch responded to the survey; (3) includes a question and answer regarding whether the member ranch uses open range in more than one state, and if so in what states, and for how many months; and (4) includes a question and answer regarding the salaries the member ranch is paying to current sheepherders.  Sample survey forms from one of the member ranches are attached as Ex. 51 to Plaintiff's Motion for Class Certification.  I reviewed  documents bates numbered: WRA003655-WRA003656, WRA003664-WRA003666, WRA003880-WRA003881, WRA003899-WRA003901, WRA004189-WRA004190, WRA004215-WRA004217, WRA004945-WRA004947, WRA005021-

WRA005022, WRA005608-WRA005610, WRA005638-WRA005639, WRA006022-WRA006024, WRA006600-WRA006602, WRA006870-WRA006871, WRA006883-WRA006884, WRA007075-WRA007077, WRA007490-WRA007491, WRA007666-WRA007668, WRA007835-WRA007837, WRA007849-WRA007850, WRA008043-WRA008045, WRA008098-WRA008099, WRA008205-WRA008207. WRA008347-WRA008348, WRA008349-WRA008350, WRA008351-WRA008352, WRA008353-WRA008354, WRA008355-WRA008356, WRA008357-WRA008358, WRA008359-WRA008360, WRA008361-WRA008362, WRA008363-WRA008364, WRA008365-WRA008366, WRA008367-WRA008368, WRA008369-WRA008370, WRA008371-WRA008372, WRA008373-WRA008374, WRA008375-WRA008376, WRA008377-WRA008378, WRA008379-WRA008380, WRA008396-WRA008397, WRA008398-WRA008399, WRA008400-WRA008401, WRA008402-WRA008403, WRA008404-WRA008405, WRA008406-WRA008407, WRA008408-WRA008408, WRA008409-WRA008410, WRA008411-WRA008412, WRA008413-WRA008414, WRA008415-WRA008416, WRA008417-WRA008418, WRA008419-WRA008420, WRA008421-WRA008422, WRA008423-WRA008424, WRA008425-WRA008426, WRA008427-WRA008428, WRA008429-WRA008430, WRA008453-WRA008454, WRA008455-WRA008456, WRA008457-WRA008458, WRA008459-WRA008460, WRA008461-WRA008462, WRA008463-WRA008464, WRA008465-WRA008466, WRA008467-WRA008468, WRA008469-WRA008470, WRA008471-WRA008472, WRA008473-WRA008474, WRA008476-WRA008477, WRA008478-WRA008479, WRA008480-WRA008481, WRA008494-WRA008495, WRA008496-WRA008497, WRA008498-WRA008499, WRA008500-WRA008501, WRA008502-WRA008503, WRA008504-WRA008505, WRA008506-WRA008507, WRA008508-WRA008509, WRA008510-WRA008511, WRA008512-WRA008515, WRA008516-WRA008517, WRA008518-WRA008519, WRA008520-WRA008521, WRA008522-WRA008523, WRA008524-WRA008525, WRA008526-WRA008527, WRA008541-WRA008542, WRA008543-WRA008544, WRA008545-WRA008546, WRA008547-WRA008548, WRA008549-WRA008550, WRA008551-WRA008552, WRA008553-WRA008554, WRA008555-WRA008556, WRA008557-WRA008558, WRA008559-WRA008560, WRA008561-WRA008562, WRA008563-WRA008564.  Based on that review, I identified, for each member ranch, the years for which survey responses have been provided, and list that information in the chart attached as Ex. A.

6. I have reviewed documents produced by WRA and Plaintiff in this litigation, and identified 190 of Form 790, Agricultural and Food Processing Clearance Orders (also known as "job orders"). For 2009 through 2016, Western Range filed job orders on behalf of its membership by filing one form, generally with a list of the member ranches on whose behalf it was filed attached. Those forms are listed in the chart attached hereto as Ex. B, including the bates numbers of the documents, the time period covered, and that they were filed on behalf of WRA members generally. Thereafter, Western Range filed job orders on behalf of individual member ranches, often multiple times per year. I sought to identify job order forms that encompassed the longest time periods, to minimize any gaps in coverage, with the goal of identifying a form 790 covering each WRA member ranch operating in Nevada for each year during which individual form 790s were filed. The forms identified are also listed on Ex. B, with information indicating the time period and ranch covered, as well as the bates number. Western Range did not produce form 790s for every year.

7. For each Form 790 listed in Ex. B, I reviewed the forms and confirmed that, starting in 2013 each contained an "Assurances" page stating that "all working conditions comply with applicable Federal and State minimum wage . . . and other employment-related laws," and signed by an officer of Western Range, as indicated by checkmarks in Ex. B. The Assurances page was included for all Form 790 starting in 2013, but not for earlier years.

8. Each form 790 listed in Ex. B also included a job description which was virtually identical across the documents reviewed, stating:

> Attends sheep and/or goat flock grazing on the range or pasture. Herds flock and rounds up strays using trained dogs. Beds down flock near evening campsite. Guards flock from predatory animals and from eating poisonous plants. May examine animals for signs of illness and administer vaccines, medications and insecticides according to instructions. May perform other farm or ranch chores related to the production and husbandry of sheep and/or goats on an incidental basis.

9. Each form 790 listed in Ex. B also included a statement that the herders were "on call for up to 24 hours 7 days a week," as noted by checkmarks on Ex. B.

10. Each form 790 in Ex. B also included a monthly salary that was being offered, as noted on the Ex. B.

11. Sample forms 790 are attached to Plaintiff's Motion for Class Certification as Ex 63.

4

12. I similarly reviewed documents produced by WRA in this litigation, and identified 150 of Form 9142 or 9142A, H-2A Application for Temporary Employment Certification (also known as "employment certs"). Similar to the forms 790, I found that Western Range filed forms 9142 on behalf of its membership by filing one form, with a list of the member ranches on whose behalf it was filed attached, through July 2014. Those forms are listed in the chart attached hereto as Ex. C, along with their Bates numbers, dates of coverage, and that they were filed on behalf of WRA members generally. Starting in 2016, Western Range filed 9142s on behalf of individual member ranches, often multiple times per year. I sought to identify forms 9142 that encompassed the longest time periods, to minimize any gaps in coverage, with the goal of identifying a form 9142 covering each WRA member ranch operating in Nevada for each year during which individual form 9142s were filed. The forms identified are also listed on Ex. C, with information indicating the time period and ranch covered, along with Bates number.

13. For each Form 9142 listed in Ex. C, I reviewed the forms and confirmed that each contained an "Employer Declaration" section stating that "The employer understands that it must offer, recruit at, and pay a wage that is at least the highest of the adverse effect wage rate in effect at the time the job order is placed, the prevailing hourly or piece rate, the agreed-upon collective bargaining rate (CBA), or the Federal or State minimum wage," and signed by an officer of Western Range. This is indicated on Ex. C.

14. Each form 9142 listed in Ex. C also included a job description which was virtually identical across the documents reviewed, stating:

> Attends sheep and/or goat flock grazing on the range or pasture. Herds flock and rounds up strays using trained dogs. Beds down flock near evening campsite. Guards flock from predatory animals and from eating poisonous plants. Drenches sheep and/or goats. May examine animals for signs of illness and administer vaccines, medications and insecticides according to instructions. May assist in lambing, docking, and shearing. The work activities involve the herding or production of livestock (which includes work that is closely and directly related to herding and/or the production of livestock).

The forms covering 2009-10 and 2010-11 do not mention the job duties "Drenches sheep and/or goats" or "May assist in lambing, docking, and shearing." Forms filed in 2011 and later include those items.

5

15. Each form 9142 listed in Ex. C also included a statement that the herders were "on call for up to 24 hours 7 days a week," as noted on Ex. C.

16. Each form 9142 listed in Ex. C also included a statement of the monthly salary that was being offered, as noted on Ex. C.

17. Sample forms 9142 are attached to Plaintiff's Motion for Class Certification as Ex. 40.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

October 29, 2021

_____
Pamela Macker

## Ranch Data Review

| ranch | number of herders who worked ranch | declarant | deponent | years of survey responses |
|---|---|---|---|---|
| Borda | 13 | Ted Borda | Ted Borda | 2010-2015, 2018 |
| Brough | 2 | | | 2012 |
| David & Bonnie Little | 60 | Bonnie Little | Bonnie Little | 2010-2012, 2015, 2018 |
| Dufurrena Sheep Co. | 16 | Hank Dufurrena | Hank Duferrena | 2011, 2013 |
| El Tejon | 33 | Melchor Gragirena | | |
| Ellison Ranching Co. | 48 | Aulene Ratliff | Ira Wines | 2011-2015 |
| Empire Ranching Co. | 3 | | | 2011, 2012 |
| Estill Ranches LLC | 24 | John Estill | (delayed) | 2010-2015 |
| Eureka Livestock | 27 | Nicholas Etcheverry | Nicholas Etcheverry | 2011, 2014, 2018 |
| F.I.M. Corp. | 23 | Kristofor Leinassar | Kristofor Leinassar | 2010-2015, 2018 |
| Gary Snow | 15 | Gary Snow | Gary Snow | 2010-2015 |
| Grass Valley/ Jerry Lancaster | 6 | | | 2011-2014 |
| Green Goat | 16 | | (delayed) | 2015 |
| Jersey Valley | 7 | | | 2012 |
| John Espil Sheep Co. | 43 | | John Espil | 2010-2014 |
| John M. Olagaray (Five-0) | 10 | Connie Olagaray | | 2010-2015, 2018 |
| John Uhalde & Co. | 2 | | | 2013, 2014 |
| K & N Livestock | 13 | | Sierra Knudsen | 2010-2015 |
| Need More Sheep Co. | 46 | Hank Vogler | Henry Vogler | 2011-2014 |
| Rafter 7 Sheep Co./Rafter Merinos Sheep Co. | 33 | Rick Powers | Tom Filbin | 2010-2012, 2014-2016, 2018 |
| Robert A. Stayer | 1 | | | |
| Silver Creek Ranch Inc. | 21 | Pauline Inchauspe | Pauline Inchauspe | 2010, 2012, 2014, 2015, 2018 |
| Southern NV Water Authority | 21 | | Kerri Wright | 2010-2015 |
| Thomas Knudsen | 4 | | | 2010, 2011 |
| Truckee River Ranch LLC | 1 | | | 2013, 2014 |
| Total | 488 | | | |

Ex. A to Macker Decl.

## Forms 790 Review

| year | ranch | Bates Nos. (date range) | job description matches | 24/7 language included | monthly salary listed | assurances included |
|---|---|---|---|---|---|---|
| 2009-10 | Global WRA Nevada | WRA008318-WRA008319 (8/1/2009-7/31/2010) | ✓ | ✓ | ✓ | |
| 2010-11 | Global WRA Nevada | no form produced by WRA | | | | |
| 2011-12 | Global WRA Nevada | WRA008338-WRA008346 (8/1/2011-7/31/2012) | ✓ | ✓ | ✓ | |
| 2012-13 | Global WRA Nevada | WRA008393-WRA008395 (8/1/2012-7/31/2013) | ✓ | ✓ | ✓ | |
| 2013-14 | Global WRA Nevada | WRA008443-WRA008452 (8/1/2013-7/31/2014 | ✓ | ✓ | ✓ | |
| 2014-15 | Global WRA Nevada | WRA008483-WRA008493 (8/1/2014-7/31/2015) | ✓ | ✓ | ✓ | ✓ |
| 2015-16 | Global WRA Nevada | WRA008531-WRA008540 (8/1/2015-7/31/2016) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Borda | P000357-P000365 (01/08/2018-01/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | Borda | P000384-P000392 (01/08/2019-01/06/2020) | ✓ | ✓ | ✓ | ✓ |
| 2020-21 | Borda | P000410-P000419 (02/08/2020-02/05/2021) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | David & Bonnie Little | P000441-P000448 (02/08/2018-02/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | David & Bonnie Little | P000466-P000473 (01/08/2019-01/06/2020) | ✓ | ✓ | ✓ | ✓ |
| 2020-21 | David & Bonnie Little | P000500-P000510 (02/08/2020-02/05/2021), P000552-P000562 (06/08/2020-06/06/2021) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Dufurrena Sheep Co. | P000563-P000571 (01/08/2018-01/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | Dufurrena Sheep Co. | P000588-P000596 (01/08/2019-01/06/2020) | ✓ | ✓ | ✓ | ✓ |
| 2020-21 | Dufurrena Sheep Co. | P000639-P000648 (03/08/2019-03/05/2020) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Ellison Ranching Co. | P000649-P000657 (02/08/2018-02/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | Ellison Ranching Co. | P000709-P000719 (03/08/2019-03/05/2020) | ✓ | ✓ | ✓ | ✓ |
| 2020-21 | Ellison Ranching Co. | P000823-P000833 (03/08/2020-03/06/2021), P000891-P000901 (06/08/2020-06/06/2021) | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | Estill Ranches LLC | P000902-P000911 (01/08/2019-01/06/2020) | ✓ | ✓ | ✓ | ✓ |
| 2020-21 | Estill Ranches LLC | P000945-P000954 (01/08/2020-01/05/2021), P000981-P000991 (04/08/2020-04/06/2021) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Eureka Livestock | P000992-P001000 (07/08/2018-07/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | Eureka Livestock | P001086-P001095 (05/08/2019-05/05/2020) | ✓ | ✓ | ✓ | ✓ |
| 2020-21 | Eureka Livestock | P001142-P001152 (06/08/2020-06/06/2021) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | F.I.M. Corp. | P001153-P001161 (07/08/2018-07/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | F.I.M. Corp. | P001216-P001224 (08/08/2019-08/05/2020), P001268-P001278 (08/06/2020-11/30/2020) | ✓ | ✓ | ✓ | ✓ |

Exhibit B to Macker Decl.

## Forms 790 Review

| year | ranch | Bates Nos. (date range) | job description matches | 24/7 language included | monthly salary listed | assurances included |
|---|---|---|---|---|---|---|
| 2018-19 | Grass Valley/ Jerry Lancaster | P001279-P001286 (01/08/2018-01/06/2019), P001287-P001295 (11/08/2018-11/06/2019 | ✓ | ✓ | ✓ | ✓ |
| 2020-21 | Grass Valley/ Jerry Lancaster | P001296-P001306 (02/08/2020-02/05/2021), P001318-P001328 (04/08/2020-04/06/2021) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Green Goat | P001329-P001336 (02/08/2018-02/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | Green Goat | P001345-P001353 (02/08/2019-02/06/2020) | ✓ | ✓ | ✓ | ✓ |
| 2020-21 | Green Goat | P001363-P001372 (02/08/2020-02/05/2021), P001394-P001403 (04/08/2020-04/06/2021) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | John Espil Sheep Co. | P001416-P001423 (02/08/2018-02/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | John Espil Sheep Co. | P001514-P001523 (02/08/2019-02/06/2020), P001540-P001547 (11/08/2019-11/05/2020) | ✓ | ✓ | ✓ | ✓ |
| 2020-21 | John Espil Sheep Co. | P001559-P001589 (07/12/2020-02/05/2021) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | John M. Olagaray (Five-0) | P001582-P001590 (01/08/2018-01/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | John M. Olagaray (Five-0) | P001607-P001616 (02/08/2019-02/06/2020) | ✓ | ✓ | ✓ | ✓ |
| 2020-21 | John M. Olagaray (Five-0) | P001627-P001637 (02/08/2020-02/05/2021) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Need More Sheep Co. | P001638-P001646 (01/08/2018-01/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | Need More Sheep Co. | P001672-P001680 (03/08/2019-03/06/2020), P001802-P001809 (09/08/2019-09/05/2020) | ✓ | ✓ | ✓ | ✓ |
| 2020-21 | Need More Sheep Co. | P001810-P001819 (03/08/2020-03/06/2021) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Rafter 7 Sheep Co./Rafter Merinos Sheep Co. | P001832-P001840 (01/08/2018-01/06/2019 | ✓ | ✓ | ✓ | ✓ |
| 2019-20 | Rafter 7 Sheep Co./Rafter Merinos Sheep Co. | P001841-P001850 (01/08/2019-01/06/2020), P001859-P001868 (09/08/2019-09/05/2020) | ✓ | ✓ | ✓ | ✓ |

## Forms 790 Review

| year | ranch | Bates Nos. (date range) | job description matches | 24/7 language included | monthly salary listed | assurances included |
|---|---|---|---|---|---|---|
| 2020-21 | Rafter 7 Sheep Co./Rafter Merinos Sheep Co. | P001883-P001894 (10/06/2020-03/31/2021) | √¹ | √ | √ | √ |
| 2018-19 | Silver Creek Ranch Inc. | P001906-P001914 (03/08/2018-03/06/2019) | √ | √ | √ | √ |
| 2019-20 | Silver Creek Ranch Inc. | P001935-P001945 (05/08/2019-05/05/2020) | √ | √ | √ | √ |
| 2020-21 | Silver Creek Ranch Inc. | P001946-P001955 (05/08/2020-05/06/2021) | √ | √ | √ | √ |

¹ For Rafter 7 Sheep Co., the 2020-21 form 790 job description differs in that it provides greater detail for the winter range sheepherder.

Exhibit B to Macker Decl.

## Forms 9142 & 9142A Review

| year | ranch | Bates Nos. (date range) | job description matches | 24/7 language included | monthly salary listed | assurances included |
|---|---|---|---|---|---|---|
| 2009-10 | Global WRA Nevada | WRA008306-WRA008317 (08/01/2009-07/31/2010) | ✓ | ✓ | ✓ | ✓ |
| 2010-11 | Global WRA Nevada | WRA000512-WRA000520 (09/10/2010-09/09/2011) | ✓ | ✓ | ✓ | ✓ |
| 2011-12 | Global WRA Nevada | WRA008320-WRA008337 (08/01/2011-07/31/2012) | ✓ | ✓ | ✓ | ✓ |
| 2012-13 | Global WRA Nevada | WRA008381-WRA008392 (08/01/2012-07/31/2013) | ✓ | ✓ | ✓[1] | ✓[2] |
| 2013-14 | Global WRA Nevada | WRA008431-WRA008442 (08/01/2013-07/31/2014) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | Borda | WRA008567-WRA008578 (12/10/2016-12/08/2017) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | Borda | WRA008609-WRA008620 (11/08/2017-11/06/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Borda | WRA008638-WRA008650 (02/08/2018-02/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | David & Bonnie Little | WRA008669-WRA008680 (07/10/2016-7/08/2017) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | David & Bonnie Little | WRA008739-WRA008750 (07/08/2017-07/06/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | David & Bonnie Little | WRA008814-WRA008825 (07/08/2018-07/06/2019), WRA008653-WRA008664 (12/08/2018-12/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | Dufurrena Sheep Co. | WRA008828-WRA008839 (01/10/2017-01/08/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Dufurrena Sheep Co. | WRA008843-WRA008854 (01/08/2018-01/06/2019), WRA008874-WRA008888 (01/08/2018-03/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | El Tejon | WRA008932-WRA008943 (10/10/2016-10/08/2017) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | El Tejon | WRA008975-WRA008986 (10/08/2017-10/06/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | El Tejon | WRA009004-WRA009015 (10/08/2018-10/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Ellison Ranching Co. | WRA009072-WRA009085 (12/08/2018-12/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | Estill Ranches LLC | WRA009086-WRA009099 (10/08/2017-10/06/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Estill Ranches LLC | WRA009100-WRA009113 (03/08/2018-03/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Eureka Livestock | WRA009114-WRA009127 (05/08/2018-05/06/2019), WRA009242-WRA009255 (11/08/2018-11/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | F.I.M. Corp. | WRA009256-WRA009268 (07/10/2016-07/08/2017) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | F.I.M. Corp. | WRA009325-WRA009338 (07/08/2017-07/06/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | F.I.M. Corp. | WRA009411-WRA009424 (07/08/2018-07/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | Gary Snow | WRA009468-WRA009479 (06/10/2016-06/08/2017) | ✓ | ✓ | ✓ | ✓ |

Exhibit C to Macker Decl.

## Forms 9142 & 9142A Review

| year | ranch | Bates Nos. (date range) | job description matches | 24/7 language included | monthly salary listed | assurances included |
|---|---|---|---|---|---|---|
| 2017-18 | Gary Snow | WRA009494-WRA009507 (01/10/2017-01/10/2018) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | Grass Valley/ Jerry Lancaster | WRA009508-WRA009521 (11/10/2016-11/08/2017) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | Grass Valley/ Jerry Lancaster | WRA009536-WRA009549 (11/08/2017-11/06/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Grass Valley/ Jerry Lancaster | WRA009565-WRA009578 (11/08/2018-11/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | Green Goat | WRA009579-WRA009598 (07/10/2016-07/08/2017) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | Green Goat | WRA009657-WRA009671 (07/08/2017-07/06/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Green Goat | WRA009745-WRA009758 (06/08/2018-06/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | John Espil Sheep Co. | WRA009787-WRA009800 (10/10/2016-10/08/2017) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | John Espil Sheep Co. | WRA009885-WRA009898 (10/08/2017-10/06/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | John Espil Sheep Co. | WRA009973-WRA009986 (11/08/2018-11/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | John M. Olagaray (Five-0) | WRA010001-WRA010015 (09/10/2016-09/08/2017) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | John M. Olagaray (Five-0) | WRA010046-WRA010060 (12/08/2017-12/06/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | John M. Olagaray (Five-0) | WRA010092-WRA010106 (12/08/2018-12/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | Need More Sheep Co. | WRA010107-WRA010120 (09/10/2016-09/08/2017) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | Need More Sheep Co. | WRA010149-WRA010162 (09/08/2017-09/06/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Need More Sheep Co. | WRA010237-WRA010250 (09/08/2018-09/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | Rafter 7 Sheep Co./Rafter Merinos Sheep Co. | WRA010309-WRA010323 (12/10/2016-12/08/2017) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | Rafter 7 Sheep Co./Rafter Merinos Sheep Co. | WRA010352-WRA010366 (11/08/2017-11/06/2018) | ✓ | ✓ | ✓ | ✓ |

Exhibit C to Macker Decl.

## Forms 9142 & 9142A Review

| year | ranch | Bates Nos. (date range) | job description matches | 24/7 language included | monthly salary listed | assurances included |
|---|---|---|---|---|---|---|
| 2018-19 | Rafter 7 Sheep Co./Rafter Merinos Sheep Co. | WRA010395-WRA010408 (11/08/2018-11/06/2019) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | Silver Creek Ranch Inc. | WRA010409-WRA010422 (09/10/2016-09/08/2017) | ✓ | ✓ | ✓ | ✓ |
| 2017-18 | Silver Creek Ranch Inc. | WRA010465-WRA010478 (05/08/2017-05/06/2018) | ✓ | ✓ | ✓ | ✓ |
| 2018-19 | Silver Creek Ranch Inc. | WRA010509-WRA010522 (05/08/2018-05/09/2019) | ✓ | ✓ | ✓ | ✓ |
| 2016-17 | Southern NV Water Authority | WRA010524-WRA010534 (06/10/2016-06/08/2017) | ✓ | ✓ | ✓ | ✓ |

[1]For 2012-13 (WRA008381-WRA008392), the form does not list the salary amount, but does state it was monthly.
[2]For 2012-13 (WRA008381-WRA008392), the language comitting to assurances as set forth in Appendix A2 was included, but the appendix itself, which would have been the same as WRA008335, was not produced by WRA.

Exhibit C to Macker Decl.