ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

ELLEN JEAN WINOGRAD, ESQ.
Nevada State Bar No. 815
ewinograd@woodburnandwedge.com
KELSEY E. GUNDERSON, ESQ.
Nevada State Bar No. 15238
kgunderson@woodburnandwedge.com
JOSE TAFOYA, ESQ.
Nevada State Bar No. 16011
jtafoya@woodburnandwedge.com
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel:  775-688-3000
Fax: 775-688-3088

*Attorneys for Western Range Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL, <br><br> Defendants. | CASE NO.:   3:16-cv-00237-RCJ-CLB <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT (ECF No. 303)** <br> **(First Request)** |

Defendant Western Range Association ("Defendant"), by and through its counsel of record,

ANTHONY HALL of SIMONS HALL JOHNSTON and ELLEN JEAN WINOGRAD, KELSEY

GUNDERSON, and JOSE TAFOYA of WOODBURN AND WEDGE, and Plaintiff Abel Cántaro

Castillo, ("Plaintiff") by and through his counsel of record, CHRISTINE WEBER and MEGAN

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone:  (775) 785-0088

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

1  REIF of COHEN MILSTEIN SELLERS & TOLL PLLC, respectfully submit this Stipulation and

2  Order.

3  The parties hereby stipulate to extend the deadline for Defendant to file its opposition to

4  Plaintiff's Partial Motion for Summary Judgment, or other response, by two (2) weeks, up to and

5  including **May 23, 2022**. Additionally, the parties stipulate to extend the deadline for Plaintiff to

6  file its reply in support of its Partial Motion for Summary Judgment, or other response, by one (1)

7  week, up to and including **June 13, 2022**.

8  This is the parties' first request for an extension to file their respective response and reply

9  to Plaintiff's Motion for Partial Summary Judgment and is made in good faith and not for the

10  purpose of delay.

11

12  DATED:  May 5, 2022                                     DATED:  May 5, 2022

13  COHEN MILSTEIN SELLERS & TOLL PLLC      SIMONS HALL JOHNSTON PC

14  By: */s/ Christine Webber*_____
    Christine E. Webber, Esq. (pro hac vice)
15  Megan Reif, Esq. (pro hac vice)                    By: */s/ Anthony L. Hall*_____
                                                       Anthony L. Hall, Esq.
16  COHEN MILSTEIN SELLERS & TOLL PLLC      SIMONS HALL JOHNSTON PC
    1100 New York Ave., N.W., Ste 500              690 Sierra Rose Drive
17  Washington, DC 20005                           Reno, Nevada 89511
    *Attorneys for Plaintiff*                       *Attorney for Defendant*

18                                                  By:*/s/Ellen Jean Winograd*_____
19                                                  Ellen Jean Winograd, Esq.
                                                    Kelsey E. Gunderson, Esq.
20                                                  Jose Tafoya, Esq.
                                                    WOODBURN AND WEDGE
21                                                  6100 Neil Road, Ste 500
                                                    Reno, NV 89511
22                                                  *Attorneys for Defendant*

23

24                                **ORDER**

    **IT IS SO ORDERED.**
25

26  Dated:  _____

27

28  _____
    UNITED STATES DISTRICT/MAGISTRATE JUDGE

                              Page 2 of 2

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I, Emily T. Woods, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC.  My business address is 690 Sierra Rose Dr., Reno, NV 89511.  I am over the age of 18 years and not a party to this action.

On the below date, I served the foregoing document by causing it to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

Christine E. Webber, Esq. (pro hac vice)
Megan Reif, Esq. (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., Ste 500
Washington, DC 200005

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 5, 2022.

/s/ Emily T. Woods_____
Employee of Simons Hall Johnston

Page 1 of 1