*Attorneys for Western Range Association*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL,<br><br>Defendants. | CASE NO.:   3:16-cv-00237-RCJ-CLB<br><br>**ORDER TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT (ECF No. 303)**<br>**(First Request)** |

Defendant Western Range Association ("Defendant"), by and through its counsel of record, ANTHONY HALL of SIMONS HALL JOHNSTON and ELLEN JEAN WINOGRAD, KELSEY GUNDERSON, and JOSE TAFOYA of WOODBURN AND WEDGE, and Plaintiff Abel Cántaro Castillo, ("Plaintiff") by and through his counsel of record, CHRISTINE WEBER and MEGAN

REIF of COHEN MILSTEIN SELLERS & TOLL PLLC, respectfully submit this Stipulation and Order.

The parties hereby stipulate to extend the deadline for Defendant to file its opposition to Plaintiff's Partial Motion for Summary Judgment, or other response, by two (2) weeks, up to and including **May 23, 2022**. Additionally, the parties stipulate to extend the deadline for Plaintiff to file its reply in support of its Partial Motion for Summary Judgment, or other response, by one (1) week, up to and including **June 13, 2022**.

This is the parties' first request for an extension to file their respective response and reply to Plaintiff's Motion for Partial Summary Judgment and is made in good faith and not for the purpose of delay.

DATED: May 5, 2022

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Christine Webber
Christine E. Webber, Esq. (pro hac vice)
Megan Reif, Esq. (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., Ste 500
Washington, DC 20005
*Attorneys for Plaintiff*

DATED: May 5, 2022

SIMONS HALL JOHNSTON PC

By: /s/ Anthony L. Hall
Anthony L. Hall, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
*Attorney for Defendant*

By:/s/Ellen Jean Winograd
Ellen Jean Winograd, Esq.
Kelsey E. Gunderson, Esq.
Jose Tafoya, Esq.
WOODBURN AND WEDGE
6100 Neil Road, Ste 500
Reno, NV 89511
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated: May 11, 2022

_____
UNITED STATES DISTRICT JUDGE