ELLEN JEAN WINOGRAD, ESQ.
Nevada State Bar No. 815
JOSE TAFOYA, ESQ.
Nevada State Bar No. 16011
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000
Fax: 775-688-3088
ewinograd@woodburnandwedge.com
jtafoya@woodburnandwedge.com

ANTHONY HALL, ESQ.
Nevada State Bar No. 5977
SIMONS HALL JOHNSTON, P.C.
690 Sierra Rose Drive
Reno, NV 89511
Tel: (775) 785-0088
ahall@shjnevada.com
*Attorneys for Western Range Association*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ABEL CÁNTARO CASTILLO; ALCIDES INGA RAMOS, and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATION; MELCHOR GRAGIRENA; EL TEJON SHEEP COMPANY; MOUNTAIN PLAINS AGRICULTURAL SERVICE; ESTILL RANCHES, LLC; and JOHN ESTILL,<br><br>Defendants. | Case No. 3:16-cv-00237-RCJ-CLB<br><br><u>**NOTICE OF WITHDRAWAL OF COUNSEL**</u><br><u>**KELSEY E. GUNDERSON, ESQ.**</u> |

PLEASE TAKE NOTICE that KELSEY E. GUNDERSON, ESQ. is no longer associated with the Law Firm of WOODBURN and WEDGE, Counsel for Defendant, WESTERN RANGE ASSOCIATION. Kelsey E. Gunderson, Esq., withdraws as Counsel of Record for Defendant WESTERN RANGE ASSOCIATION.

All future pleadings, correspondence and papers should continue to be directed to remaining counsel,

1  for Defendant WESTERN RANGE ASSOCIATION, ELLEN JEAN WINOGRAD, ESQ., and JOSE TAFOYA,

2  ESQ., at WOODBURN AND WEDGE, 6100 Neil Road, Ste. 500, Reno, NV 89511 and ANTHONY HALL,

3  ESQ., SIMONS HALL JOHNSTON, 690 Sierra Rose Drive, Reno, NV 89511.

4       The undersigned does hereby affirm that the preceding document does not contain the social security

5  number of any person.

6       DATED this 21st day of September, 2022.

7

8                                              s// Kelsey E. Gunderson, Esq.
                                               KELSEY E. GUNDERSON, ESQ.
9

10  Acknowledged and agreed.

11  DATED this 21 day of September, 2022.

12                                              Respectfully submitted.

13                                              WOODBURN and WEDGE

14

15
                                               By: Ellen Jean Winograd
16                                                 Ellen Jean Winograd, Esq.
                                                   Jose Tafoya, Esq.
17

18                                                 SIMONS HALL JOHNSTON, P.C.
                                                   Anthony Hall, Esq.
19

20

21

22

23

24

25

26

27

28

1

### CERTIFICATE OF SERVICE

2   I am employed in the City of Reno, County of Washoe, State of Nevada at Woodburn and Wedge.

3   My business address is 6100 Neil Road, Ste. 500, Reno, NV 89511.  I am over the age of 18 years and not a

4   party to this action.

5   On the below date, I served the foregoing document by causing it to be served via electronic service

6   through the Court's CM ECF electronic filing system, addressed as follows:

7

8   Christine E. Webber, Esq. (pro hac vice)
    Megan Reif, Esq. (pro hac vice)
9   COHEN MILSTEIN SELLERS & TOLL PLLC
    1100 New York Ave., N.W., Ste 500
10  Washington, DC 200005

11  *Attorneys for Plaintiff*

12  DATED this ___21st___ day of September, 2022.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28