# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABEL CANTARO CASTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN RANGE ASSOCIATON,<br><br>Defendant. | Case No.: 3:16-CV-00237-RCJ-CLB<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Clerk of Court forward this Court's Order certifying a question of law (ECF No. 318) to the Nevada Supreme Court.

**IT IS SO ORDERED**.

Dated this 5th day of January 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRIC JUDGE