# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ABEL CANTARO CASTILLO,                )
                                       )
    Plaintiff,                         )
                                       )
vs.                                    )   Case No. 3:16-cv-00237-RCJ-CLB
                                       )
WESTERN RANGE ASSOCIATION,             )   **ORDER**
                                       )
    Defendant.                         )
                                       )

    Pending before the Court are the Response from Plaintiff's counsel, (Dkt. 336), regarding the Court's Order conditionally granting withdrawal, (Dkt. 335), and Defendant's Response in objection, (Dkt. 337). Defendants request that Plaintiff's counsel be required "to provide physical addresses adequate to effect service of process" on the late-Plaintiff's surviving family members in Peru. (Dkt. 337 at 2). The Court finds this request to be appropriate.

    The information provided by Plaintiff's counsel in the filing, the phone number and email address of Abel Castillo's son, (Dkt. 336 at 2), does not satisfy the requirements of the Court's Order. (*See* Dkt. 335 at 7). In order to effectuate service under Rule 4, Defendants require a physical address, which Plaintiff's counsel have failed to provide, despite Defendant's independent efforts to confer with counsel. (Dkt. 337 at 2). To comply with the order's requirements, the Court will mandate that Plaintiff's counsel obtain the addresses of Castillo's two surviving family members and provide those addresses to Defendant within 90 days of the date of the entry of this order. Failure to comply with this Order in good faith will result in a denial of the pending Motion to Withdraw, (Dkt. 333), as well as possible sanctions.

**CONCLUSION**

IT IS HEREBY ORDERED that Plaintiff's counsel is **ORDERED TO COMPLY** with the requirements in the Court's previous Order, (Dkt. 335). To be in compliance, Plaintiff's counsel must (1) ascertain physical addresses for Castillo's two surviving family members which allow Defendant to properly effect service under the Federal Rules of Civil Procedure and (2) provide those addresses to Defendants within 90 days of the date of the entry of this order.

IT IS SO ORDERED.

Dated April 25, 2024.

_____
ROBERT C. JONES
United States District Judge